B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mastalerz, Lucine H** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Mastalerz, Rudolph Jr.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Lucine H Loui** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Stan Mastalerz** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**xxx-xx-4201** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-5985** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3733 N. Nora**<br>**Chicago, IL**<br>ZIP Code **60634** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3733 N. Nora**<br>**Chicago, IL**<br>ZIP Code **60634** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mastalerz, Lucine H**<br>**Mastalerz, Rudolph Jr.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                              Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mastalerz, Lucine H**<br>**Mastalerz, Rudolph Jr.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lucine H Mastalerz**
Signature of Debtor  **Lucine H Mastalerz**

X **/s/ Rudolph Mastalerz, Jr.**
Signature of Joint Debtor **Rudolph Mastalerz, Jr.**

Telephone Number (If not represented by attorney)

**April 25, 2013**
Date

**Signature of Attorney***

X **/s/ Ariane Holtschlag**
Signature of Attorney for Debtor(s)

**Ariane Holtschlag 6294372**
Printed Name of Attorney for Debtor(s)

**The Law Office of William J. Factor, Ltd.**
Firm Name
**1363 Shermer Rd.**
**Suite 224**
**Northbrook, IL 60062**

Address

**Email: wfactor@wfactorlaw.com**
**847-239-7248  Fax: 847-574-8233**
Telephone Number

**April 25, 2013**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Lucine H Mastalerz**
**Rudolph Mastalerz, Jr.**

Debtor(s)

Case No. _____

Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Lucine H Mastalerz**
                      **Lucine H Mastalerz**

Date: **April 25, 2013**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Lucine H Mastalerz**
         **Rudolph Mastalerz, Jr.**                Case No. _____
                                            Debtor(s)          Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                      Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Rudolph Mastalerz, Jr.**
                      **Rudolph Mastalerz, Jr.**

Date:   **April 25, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lucine H Mastalerz,**
       **Rudolph Mastalerz, Jr.**

Case No. _____

_____,

Debtors

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 644,190.00 | | |
| B - Personal Property | Yes | 5 | 119,369.21 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,809,573.98 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 45,657.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 37 | | 1,119,184.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 10 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,750.61 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,817.39 |
| Total Number of Sheets of ALL Schedules | | 64 | | | |
| Total Assets | | | 763,559.21 | | |
| Total Liabilities | | | | 2,974,416.08 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Lucine H Mastalerz,**                     Case No. _____
        **Rudolph Mastalerz, Jr.**

                                     Debtors       Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Lucine H Mastalerz,**                                          Case No. _____
        **Rudolph Mastalerz, Jr.**

_____,
                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtors' Residence: 3733 N. Nora Ave.  Chicago, IL 60634 - pledged as collateral for SBA loan with Ridgestone approx. $1m balance.** | | J | 265,000.00 | 389,695.09 |
| **5100 N. Ocean Blvd., Unit 1207 Lauderdale-by-the-sea, FL 32308 - pledged as collateral for SBA loan with Ridgestone approx. $1m balance. May be perfection issues.** | | J | 375,000.00 | 341,549.63 |
| **1 BR time share - White week Location: Avon Colorado** | | J | 2,000.00 | 0.00 |
| **Burial Plot: Sec 20 176 Unit B Plots 1 & 2 Location: Fairview Memorial Park 900 N Wolf Road Northlake, IL 60164** | | J | 2,190.00 | 0.00 |

|  | Sub-Total > | 644,190.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 644,190.00 |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Lucine H Mastalerz,**                                      Case No. _____
       **Rudolph Mastalerz, Jr.**
                                                        ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **cash on hand** | J | 1,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **(Florida) Checking account with US Bank** | J | 336.00 |
| | | **Checking account with US Bank** | W | 819.00 |
| | | **Savings account with US Bank** | J | 100.00 |
| | | **Checking account with FifthThird Bank** | H | 35.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture: 1 bedroom set; 1 frontroom set; 1 dining room set; 1 kitchen table set** | J | 600.00 |
| | | **Appliances: refrigerator, blender, coffee maker, hand mixer, upright vacumn, scale** | J | 175.00 |
| | | **Household: Pots n pans, cooking utensils,  storage containers, dinner ware for 8, glassware for 6, mother's china for 12, mikasa crystal stemware for 6, stainless silverware, assorted serving platters and bowls** | J | 700.00 |
| | | **Audio-Video: 1 cd player, 2 flat screens, dvd player** | J | 450.00 |
| | | **Office: one computer** | J | 250.00 |
| | | **Furniture in FL Condo** | J | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books-Music: 50 albums, 25 cds, assorted educational, religion, encyclopedia and reading materials** | J | 150.00 |

|  |  |
|---|---|
| Sub-Total > | **5,615.00** |
| (Total of this page) | |

__4__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Lucine H Mastalerz,**
      **Rudolph Mastalerz, Jr.**

Case No. _____

                                                           ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6.   Wearing apparel. | | **Clothes: primarily work clothes: 20 fall/winter suits with blouses & 15 spring summer suits with blouses, 25 pairs of high heels/flats & boots with spring jacket and spring coat, winter jacket and winter coat, 3 purses, 2 suits, 20 ties, 5 shoes, 7 polos, 1 jeans, assorted shirts** | J | 560.00 |
| 7.   Furs and jewelry. | | **Furs: 1 mink purchased 15 years ago at a rummage sale for $50** | J | 50.00 |
| | | **Jewelry: Wedding ring, engagement ring College ring, wedding ring,** | J | 650.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **Sports-Hobby: golf clubs and tennis rackets** | J | 250.00 |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Insurance: PNA; beneficiary is husband** | W | 1,844.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement: 403 B Plan from work** | W | 87,000.00 |
| | | **Retirement: 403B from DePaul** | W | 2,717.21 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Partnership interest in Appian Way LLC 51% interest; other 49% held by Eugene R. Heidelbauer. holding company for the Tru-Way Veritas Inc. building located at 36 W. Lake Street, NorthLake, IL 60164.** | H | 0.00 |

                                               Sub-Total >       **93,071.21**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Lucine H Mastalerz,**                                            Case No. _____
           **Rudolph Mastalerz, Jr.**
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Partnership interest in Home & Manor Properties LLC**<br>**36 W. Lake Street, North Lake, IL 60164**<br>**25% interest Stan / 25% interest Lucine; other 50% owned by Irene Heidelbauer (daughter)**<br>**LLC owns condos in Lansing, IL: no equity.**<br>**Lansing Condos additionally pledged as collateral for $1m loan with Ridgestone.** | **H** | **0.00** |
| | | **Shareholder of Tru-Way Veritas Inc.**<br>**36 W. Lake Street, North Lake, IL 60164**<br>**81% interest; other 19% owned by Eugene Heidelbauer**<br>**business equipment and inventory pledged as collateral on loan with Ridgestone. has been sezied and sold.**<br>**Bank account - $75.00** | **H** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                    Sub-Total >              **0.00**
                                                    (Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Lucine H Mastalerz,**                                     Case No. _____
        **Rudolph Mastalerz, Jr.**
        _____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Tru-Way Veritas for loaned funds** | **J** | **0.00** |
| | | **potential claim against Ridgestone for improper seizure of business assets.** | **J** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto: 2009 Hyundai Azera, 30,000 miles** | **J** | **10,446.00** |
| | | **Auto: 2009 Hyundai Santa Fe, 59,000 miles** | **H** | **10,237.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        **20,683.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Lucine H Mastalerz,**                                    Case No. _____
        **Rudolph Mastalerz, Jr.**
        _____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** |
| | (Total of this page) | |
| | Total > | **119,369.21** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Lucine H Mastalerz,**                                        Case No. _____
         **Rudolph Mastalerz, Jr.**
                                                        ,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Debtors' Residence: 3733 N. Nora Ave. Chicago, IL 60634 - pledged as collateral for SBA loan with Ridgestone approx. $1m balance.** | 735 ILCS 5/12-901 | 30,000.00 | 265,000.00 |
| **Cash on Hand** | | | |
| **cash on hand** | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **(Florida) Checking account with US Bank** | 735 ILCS 5/12-1001(b) | 336.00 | 336.00 |
| **Checking account with US Bank** | 735 ILCS 5/12-1001(b) | 819.00 | 819.00 |
| **Savings account with US Bank** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Checking account with FifthThird Bank** | 735 ILCS 5/12-1001(b) | 35.00 | 35.00 |
| **Household Goods and Furnishings** | | | |
| **Furniture: 1 bedroom set; 1 frontroom set; 1 dining room set; 1 kitchen table set** | 735 ILCS 5/12-1001(b) | 600.00 | 600.00 |
| **Appliances: refrigerator, blender, coffee maker, hand mixer, upright vacumn, scale** | 735 ILCS 5/12-1001(b) | 175.00 | 175.00 |
| **Household: Pots n pans, cooking utensils, storage containers, dinner ware for 8, glassware for 6, mother's china for 12, mikasa crystal stemware for 6, stainless silverware, assorted serving platters and bowls** | 735 ILCS 5/12-1001(b) | 700.00 | 700.00 |
| **Audio-Video: 1 cd player, 2 flat screens, dvd player** | 735 ILCS 5/12-1001(b) | 450.00 | 450.00 |
| **Office: one computer** | 735 ILCS 5/12-1001(b) | 250.00 | 250.00 |
| **Furniture in FL Condo** | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books-Music: 50 albums, 25 cds, assorted educational, religion, encyclopedia and reading materials** | 735 ILCS 5/12-1001(a) | 150.00 | 150.00 |
| **Wearing Apparel** | | | |
| **Clothes: primarily work clothes: 20 fall/winter suits with blouses & 15 spring summer suits with blouses, 25 pairs of high heels/flats & boots with spring jacket and spring coat, winter jacket and winter coat, 3 purses, 2 suits, 20 ties, 5 shoes, 7 polos, 1 jeans, assorted shirts** | 735 ILCS 5/12-1001(a) | 560.00 | 560.00 |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Lucine H Mastalerz,**                                    Case No. _____
          **Rudolph Mastalerz, Jr.**
                                          _____,
                                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Furs and Jewelry** | | | |
| **Furs: 1 mink purchased 15 years ago at a rummage sale for $50** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Jewelry: Wedding ring, engagement ring College ring, wedding ring,** | **735 ILCS 5/12-1001(b)** | **650.00** | **650.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Sports-Hobby: golf clubs and tennis rackets** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Interests in Insurance Policies** | | | |
| **Insurance: PNA; beneficiary is husband** | **215 ILCS 5/238** | **100%** | **1,844.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Retirement: 403 B Plan from work** | **735 ILCS 5/12-704** | **100%** | **87,000.00** |
| **Retirement: 403B from DePaul** | **735 ILCS 5/12-704** | **100%** | **2,717.21** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Auto: 2009 Hyundai Azera, 30,000 miles** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **10,446.00** |
| **Auto: 2009 Hyundai Santa Fe, 59,000 miles** | **735 ILCS 5/12-1001(c)** | **0.00** | **10,237.00** |

|  | Total: | **133,486.21** | **384,369.21** |
|---|---|---:|---:|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Lucine H Mastalerz,**
   **Rudolph Mastalerz, Jr.**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxxx4832** <br><br> **Bank of America** <br> **PO Box 45224** <br> **Jacksonville, FL 32232-5224** | | J | 06/18/2008 <br><br> **Car Loan** <br><br> **Auto: 2009 Hyundai Azera, 30,000 miles** <br><br> Value $                10,446.00 | | | | 2,225.00 | 0.00 |
| Account No. **xxxxxxxxxx0089** <br><br> **Chase** <br> **P.O. BOX 9001020** <br> **Louisville, KY 40290-1020** | | J | 03/17/2006 <br><br> **Home Mortgage 2nd** <br><br> **Debtors' Residence: 3733 N. Nora Ave. Chicago, IL 60634** <br> **- pledged as collateral for SBA loan with Ridgestone approx. $1m balance.** <br><br> Value $                265,000.00 | | | | 34,832.00 | 34,832.00 |
| Account No. **xxxxxx9703** <br><br> **Chase** <br> **PO BOX 78420** <br> **Phoenix, AZ 85062-8420** | | J | 06/13/2012 <br> **Home Mortgage 1st** <br> **5100 N. Ocean Blvd., Unit 1207 Lauderdale-by-the-sea, FL 32308** <br> **- pledged as collateral for SBA loan with Ridgestone approx. $1m balance. May be perfection issues.** <br><br> Value $                375,000.00 | | | | 341,549.63 | 0.00 |
| Account No. **xxxxxx8686** <br><br> **Fifth Third Bank** <br> **Chicago** <br> **PO Box 630778** <br> **Cincinnati, OH 45263-0778** | | H | 10/15/2009 <br><br> **Car Loan** <br><br> **Auto: 2009 Hyundai Santa Fe, 59,000 miles** <br><br> Value $                10,237.00 | | | | 10,264.00 | 27.00 |

_1_   continuation sheets attached

Subtotal
(Total of this page)

| 388,870.63 | 34,859.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Lucine H Mastalerz,**
     **Rudolph Mastalerz, Jr.**
                                   ,
                        Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx7986**<br><br>**NationStar Mortgage**<br>**P.O. BOX 650783**<br>**Dallas, TX 75265-0783** | | | J | | **12/15/2010**<br><br>**Home Mortgage 1st**<br><br>**Debtors' Residence: 3733 N. Nora Ave. Chicago, IL 60634**<br>**- pledged as collateral for SBA loan with Ridgestone approx. $1m balance.** | | | | | |
| | | | | | Value $         **265,000.00** | | | | **354,863.09** | **89,863.09** |
| Account No. **xxxxxx6006**<br><br>**Ridgestone Bank**<br>**13925 W. North Ave.**<br>**Brookfield, WI 53005** | | X | J | | **1/30/08**<br>**Mortgage**<br>**Cross-collateralized by an interest in Debtors' residence, Florida condo, the condos in Lansing, IL that are owned by H&M, and all the business assets of Tru-Way** | | | | | |
| | | | | | Value $         **0.00** | | | | **1,065,840.26** | **1,065,840.26** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal<br>(Total of this page) | **1,420,703.35** | **1,155,703.35** |
| | Total<br>(Report on Summary of Schedules) | **1,809,573.98** | **1,190,562.35** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re  **Lucine H Mastalerz,**                                        Case No. _____
**Rudolph Mastalerz, Jr.**
                                                                    ,
_____  Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                                   **2**____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Lucine H Mastalerz,**
      **Rudolph Mastalerz, Jr.**                                    Case No. _____

_____ ,
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.  2012  15-06-214-004-0000  Cook County Treasurer  118 North Clark Street, Room 112  Chicago, IL 60602 | X | H | | | | | X | 8,451.18 | 0.00  8,451.18 |
| Account No.  2012  15-06-214-004-0000  Cook County Treasurer  118 North Clark Street, Room 112  Chicago, IL 60602 | X | H | | | | | X | 8,096.34 | 0.00  8,096.34 |
| Account No.  2012  15-06-214-006-0000  Cook County Treasurer  118 North Clark Street, Room 112  Chicago, IL 60602 | X | H | | | | | X | 8,096.34 | 0.00  8,096.34 |
| Account No.  2012  15-06-214-007-0000  Cook County Treasurer  118 North Clark Street, Room 112  Chicago, IL 60602 | X | H | | | | | X | 8,094.34 | 0.00  8,094.34 |
| Account No.  2012  15-06-214-008-0000  Cook County Treasurer  118 North Clark Street, Room 112  Chicago, IL 60602 | X | H | | | | | X | 8,682.15 | 0.00  8,682.15 |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 41,420.35 | 41,420.35 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Lucine H Mastalerz,**
        **Rudolph Mastalerz, Jr.**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx2095**<br><br>**Indiana Department of Revenue**<br>**Premiere Credit of North America, L**<br>**PO Box 19309**<br>**Indianapolis, IN 46219-0309** | X | H | | | | | | 800.80 |
| | | | | | | | 1,300.80 | 500.00 |
| Account No.<br><br>**IRS**<br>**Department of the Treasury**<br>**Cincinnati, OH 45999-0039** | | H | Back taxes for self-employment | | | | | 0.00 |
| | | | | | | | 2,500.00 | 2,500.00 |
| Account No.<br><br>**State of Illinois - Dept of Revenue**<br>**PO Box 19026**<br>**Springfield, IL 62794-9026** | X | H | | | | X | | 0.00 |
| | | | | | | | 436.22 | 436.22 |
| Account No.<br><br>**Illinois Department of Revenue**<br>**Attn: Douglas Reeser**<br>**100 W. Randolph Street #7**<br>**Chicago, IL 60601** | | | Representing:<br>**State of Illinois - Dept of Revenue** | | | | **Notice Only** | |
| Account No.<br><br> | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 800.80 | |
| (Total of this page) | 4,237.02 | 3,436.22 |
| Total | 800.80 | |
| (Report on Summary of Schedules) | 45,657.37 | 44,856.57 |

B6F (Official Form 6F) (12/07)

In re  **Lucine H Mastalerz,**                                    Case No. _____
       **Rudolph Mastalerz, Jr.**
                                                                    ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | | business account | | | | |
| Aamaro Corporation 3110 South 26th Ave. Broadview, IL 60155 | X | H | | | | X | | X | 240.40 |
| Account No. | | | | | business account | | | | |
| Accurate Personnel, LLC 33 S. Roselle Rd. Schaumburg, IL 60193 | X | H | | | | X | | X | 14,138.98 |
| Account No. | | | | | Representing: Accurate Personnel, LLC | | | | |
| Acurate Personnel c/o Nickolaou, Michaels & Evans, Lt 7503 W. 56th Street Summit Argo, IL 60501 | | | | | | | | | Notice Only |
| Account No. | | | | | business account | | | | |
| Ace Anodizing & Impregnating, Inc. PO Box 639 Hillside, IL 60162 | X | H | | | | X | | X | 418.50 |
| __36__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 14,797.88 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lucine H Mastalerz,**                                        Case No. _____
         **Rudolph Mastalerz, Jr.**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2243** | | | **business account** | | | | |
| **ADT Security**<br>**PO Box 371956M**<br>**Pittsburgh, PA 15250** | X | H | | X | | X | **2,200.47** |
| Account No. | | | | | | | |
| **ADT Security**<br>**c/o Richard T. Avis**<br>**PO Box 1008**<br>**Arlington Heights, IL 60006** | | | Representing:<br>**ADT Security** | | | | **Notice Only** |
| Account No. | | | **business account** | | | | |
| **Advanced Property**<br>**PO Box 661371**<br>**Chicago, IL 60666-1371** | X | H | | X | | X | **2,722.32** |
| Account No. **xxxx-xxxx xx-xx1461** | | | **Medical** | | | | |
| **Advanced Radiology Consultants**<br>**520 E. Lombard St.**<br>**Lombard, IL 60148** | | W | | | | | **17.70** |
| Account No. | | | | | | | |
| **Advanced Radiology**<br>**c/o ICS**<br>**PO Box 1010**<br>**Tinley Park, IL 60477** | | | Representing:<br>**Advanced Radiology Consultants** | | | | **Notice Only** |

Sheet no. _**1**_ of _**36**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,940.49**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lucine H Mastalerz,**
    **Rudolph Mastalerz, Jr.**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx xx-xx1461**<br><br>**Advanced Radiology Consultants**<br>**520 E. Lombard St.**<br>**Lombard, IL 60148** | | W | Medical | | | | 30.15 |
| Account No. **xxxxx0656**<br><br>**Advocate Lutheran General Hospital**<br>**1775 Dempster St.**<br>**Park Ridge, IL 60068** | | H | 09/25/2012<br>**Medical In Patient Hospital Stay** | | | | 1,885.77 |
| Account No.<br><br>**Advocate Lutheran General Hospital**<br>**PO Box 73208**<br>**Chicago, IL 60673** | | | Representing:<br>**Advocate Lutheran General Hospital** | | | | Notice Only |
| Account No.<br><br>**Malcolm S. Gerald**<br>**332 S. Michigan Ave, Suite 600**<br>**Chicago, IL 60604** | | | Representing:<br>**Advocate Lutheran General Hospital** | | | | Notice Only |
| Account No. **xxxxxx7531**<br><br>**Advocate Medical Group**<br>**PO Box 92523**<br>**CHICAGO, IL 60675-2523** | | H | Medical | | | | 262.06 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sheet no. **2** of **36** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | 2,177.98 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**
     **Rudolph Mastalerz, Jr.**
_____,
                                 Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business account | | | | |
| Aerospace Southwest 21450 N. 3rd Ave., Phoenix, AZ 85027 | X | H | | X | | X | 810.27 |
| Account No. | | | business account | | | | |
| Aerotek PO Box 198531 Atlanta, GA 30384 | X | H | | X | | X | 7,821.02 |
| Account No. | | | business account | | | | |
| Aetna PO Box 0824 Carol Stream, IL 60132 | X | H | | X | | X | 3,479.00 |
| Account No. | | | Representing: Aetna | | | | |
| Aetna, Inc. c/o Brennan & Clark, Ltd. 721 E. Madison Suite 200 Villa Park, IL 60181 | | | | | | | Notice Only |
| Account No. | | | business account | | | | |
| Airgas Great Lakes c/o DCS PO Box 21726 Cleveland, OH 44121 | X | H | | X | | X | 15,459.81 |

Sheet no. __3__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,570.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**
      **Rudolph Mastalerz, Jr.**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx6977** | | | | **business account** | | | | |
| **Airgas North Central** **PO Box 802588** **Chicago, IL 60680** | X | H | | | X | | X | 4,465.81 |
| Account No. | | | | **business account** | | | | |
| **Alanod** **36696 Sugar Ridge Road** **North Ridgeville, OH 44039** | X | H | | | X | | X | 11,837.20 |
| Account No. | | | | **business account** | | | | |
| **All-Brite Anodizing** **100 West Lake St.** **Northlake, IL 60164** | X | H | | | X | | X | 10,564.22 |
| Account No. | | | | **business account** | | | | |
| **Alloy Welding** **2033 North Janice Ave.** **Melrose Park, IL 60160** | X | H | | | X | | X | 1,523.31 |
| Account No. | | | | **business account** | | | | |
| **Alro Steel Corporation** **24876 Network Place** **Chicago, IL 60673** | X | H | | | X | | X | 15,797.77 |

Sheet no. __4__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,188.31

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lucine H Mastalerz,**
        **Rudolph Mastalerz, Jr.**                                          Case No. _____

                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **130222** <br><br> **Alro Steel** <br> **c/o Stein & Rotman** <br> **105 W. Madison Street** <br> **Chicago, IL 60602** | | | Representing: <br> **Alro Steel Corporation** | | | | **Notice Only** |
| Account No. <br><br> **Alro Steel** <br> **c/o Hutchinson, Warren & Associates** <br> **122 South Rawles Street Suite 200** <br> **Romeo, MI 48065** | | | Representing: <br> **Alro Steel Corporation** | | | | **Notice Only** |
| Account No. <br><br> **Amada America** <br> **3689 Solutions Center** <br> **Chicago, IL 60677-3006** | X | H | **business account** | X | | X | **1,792.44** |
| Account No. <br><br> **Andres Soto** <br> **105 Niemeyer Court** <br> **Northlake, IL 60164** | X | H | **business debt** | X | | X | **1,931.82** |
| Account No. <br><br> **AT&T** <br> **PO BOX 8100** <br> **Aurora, IL 60507-8100** | X | H | **business account** | X | | X | **919.63** |

Sheet no. __5__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,643.89**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lucine H Mastalerz,**
        **Rudolph Mastalerz, Jr.**                                    Case No. _____

                                              _____,
                                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
                              (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | business account | | | | | |
| **B&L Sales Co.** **PO Box 31503** **Chicago, IL 60631** | X | H | | | X | | X | 3,277.13 |
| Account No. | | | business account | | | | | |
| **B&T Polishing** **2433 W. Fulton** **Chicago, IL 60612** | X | H | | | X | | X | 1,000.00 |
| Account No. xxxxxxxxxxxx2703 | | W | Date Opened:  Last Used: 09/24/2012 Credit Card | | | | | |
| **Bank Of America** **PO Box 851001** **Dallas, TX 75285-1001** | | | | | | | | 5,337.89 |
| Account No. | | | Representing: Bank Of America | | | | | |
| **Bank of America** **c/o NCB Management Services, Inc.** **PO Box 1099** **Langhorne, PA 19047** | | | | | | | | Notice Only |
| Account No. xxxxxxxxxxxxxxx7622 | | H | Date Opened:  Last Used: 08/23/2012 Credit Card | | | | | |
| **Bank Of America** **PO Box 851001** **Dallas, TX 75285-1001** | | | | | | | | 19,107.07 |

Sheet no. __6___ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,722.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**
       **Rudolph Mastalerz, Jr.**                                        Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | business account | | | | |
| Berteau Lowell 2300 W. Fullerton Ave Chicago, IL 60647 | X | H | | | X | | X | 1,280.14 |
| Account No. | | | | business account | | | | |
| Betenbender Mfg. Inc. 5806 Quality Ridge Rd. Coggon, IA 52218-0140 | X | H | | | X | | X | 100.00 |
| Account No. | | | | business account | | | | |
| BlueStar Energy Services Dept. CH 19346 Palatine, IL 60055-9346 | X | H | | | X | | X | 22,136.82 |
| Account No. | | | | Representing: BlueStar Energy Services | | | | |
| AEP Energy 363 West Erie Street, Suite 700 Chicago, IL 60654 | | | | | | | | Notice Only |
| Account No. | | | | Judgment Creditor | | | | |
| BlueStar Energy Services, Inc 363 W Erie St Suite 700 Chicago, IL 60654-6904 | | H | | | X | | X | 16,326.82 |

Sheet no. __7__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,843.78

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**  
**Rudolph Mastalerz, Jr.**  
_____,  
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business account | | | | |
| C.E. Tooling 2560 W. Brooks Ave., North Las Vegas, NV 89032 | X | H | | X | | X | |
| | | | | | | | 1,600.00 |
| Account No. xxxxxx7891 | | | Opened 3/26/06 Last Active 7/18/12 ChargeAccount | | | | |
| Cap1/carsn Po Box 5253 Carol Stream, IL 60197 | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. xxxxxxxxxxx5722 | | | Opened 4/01/07 Last Active 8/29/12 ChargeAccount | | | | |
| Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | W | | | | | |
| | | | | | | | 5,253.00 |
| Account No. | | | Representing: Capital One, N.a. | | | | |
| Capital One Bank (USA), N.A. PO Box 6492 Carol Stream, IL 60197-6492 | | | | | | | Notice Only |
| Account No. | | | business account | | | | |
| Capital Tape Company 4920 Commerce Parkway Cleveland, OH 44128 | X | H | | X | | X | |
| | | | | | | | 815.10 |

Sheet no. __8___ of __36__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

| 7,668.10 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Lucine H Mastalerz,**                                       Case No. _____
      **Rudolph Mastalerz, Jr.**

                                             ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxx9156** | | | business account | | | | |
| **Cardmember Service** **PO Box 15153** **Wilmington, DE 19886-5153** | X | H | | X | | X | 10,223.22 |
| Account No. **xxxx-xxxx-xxxx-9093** | | | business account | | | | |
| **Cardmember Service** **PO Box 15153** **Wilmington, DE 19886** | X | H | | X | | X | 5,848.18 |
| Account No. | | | business account | | | | |
| **Castle Metal Finishing** **4631 25th Avenue** **Schiller Park, IL 60176** | X | H | | X | | X | 1,152.85 |
| Account No. | | | | | | | |
| **Castle Metal** **c/o Abrams & Abrams, P.C.** **180 W. Washington Street, Ste. 910** **Chicago, IL 60602** | | | Representing: Castle Metal Finishing | | | | Notice Only |
| Account No. | | | | | | | |
| **Castle Metal Finishing Corp** **Michael I. Schiffman, registered ag** **2101 Waukegan Rd 210** **Bannockburn, IL 60015** | | | Representing: Castle Metal Finishing | | | | Notice Only |

Sheet no. __9__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal                     17,224.25
                                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lucine H Mastalerz,**                                    Case No. _____
      **Rudolph Mastalerz, Jr.**
      _____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business account | | | | |
| **Central Steel & Wire Co.** **PO Box 5100** **Chicago, IL 60680-5100** | X | H | | X | | X | 48,567.66 |
| Account No. | | | | | | | |
| **Central Steel & Wire Co** **c/o Cosmopolitan Service Corp** **1606 Colonial Parkway** **Inverness, IL 60067** | | | Representing: **Central Steel & Wire Co.** | | | | Notice Only |
| Account No. | | | | | | | |
| **Central Steel & Wire Co** **c/o Teller Levit** **19 S. LaSalle Suite 701** **Chicago, IL 60603** | | | Representing: **Central Steel & Wire Co.** | | | | Notice Only |
| Account No. | | | business account | | | | |
| **Chance Abrasives, Inc.** **Diane Kendrick** **PO BOX 09194** **Chicago, IL 60609** | X | H | | X | | X | 239.91 |
| Account No. xxxxxxxxxxxxxxx9310 | | | Date Opened: Last Used: 07/17/2012 Credit Card | | | | |
| **Chase** **PO BOX 15153** **Wilmington, DE 19886-5153** | | H | | | | | 1,920.88 |

Sheet no. __10__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                               (Total of this page)     **50,728.45**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lucine H Mastalerz,**
    **Rudolph Mastalerz, Jr.**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0061** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | W | **Opened 12/01/06 Last Active 8/22/12** <br> **CreditCard** | | | | 10,057.00 |
| Account No. **xxxxxxxxxx2840** <br><br> **Chase** | | J | overdraft account | | | | 9,115.95 |
| Account No. **xxx3075** <br><br> **Chase** <br> **c/o Finanical Recovery Services, In** <br> **PO Box 385908** <br> **Minneapolis, MN 55438-5908** | | W | | | | X | 7,430.31 |
| Account No. **xxxxxxxxxxxx9153** <br><br> **Chase Bank** <br> **PO Box 659732** <br> **San Antonio, TX 78265** | | J | overdraft account | | | | 7,911.40 |
| Account No. **xxxxxxxxxxxx7687** <br><br> **Citibank** <br> **PO Box 182564** <br> **Columbus, OH 43218-2564** | | J | Credit Card | | | | 38,625.17 |

Sheet no. __11__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

73,139.83

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lucine H Mastalerz,**
     **Rudolph Mastalerz, Jr.**
                                                  ,
                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **CITI Cards Processing Center Des Moines, IA 50363-0005** | | | | Representing: Citibank | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Citicorp Credit Services, Inc. Allianceone Receivabls Management POBox 3107 Southeastern, PA 19398-3107** | | | | Representing: Citibank | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Citibank PO Box 688913 Des Moines, IA 50368-8913** | | | | | | | | **Unknown** |
| Account No. xxxxxxxxxxxxxxx9364 | | | | credit account | | | | |
| **Citibank - Home Depot PO Box 790328 St. Louis, MO 63179** | | H | | | | | | **3,070.89** |
| Account No. 5154193550 | | | | red light violation | | | | |
| **City Chicago c/o Arnold Scott Harris, PC 111 W. Jackson Blvd, Suite 600 Chicago, IL 60604** | X | J | | | | | X | **244.00** |

Sheet no. __12__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,314.89**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**
        **Rudolph Mastalerz, Jr.**                                    Case No. _____
                                                        ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **City of Chicago** <br> **PO Box 5625** <br> **Chicago, IL 60680** | | | Representing: <br> **City Chicago** | | | | **Notice Only** |
| Account No. <br><br> **City of Northlake** <br> **55 East North Ave.** <br> **Northlake, IL 60164** | | H | business debt | X | | X | **326.48** |
| Account No. <br><br> **Clad-Rex, Inc.** <br> **11500 King St.** <br> **Franklin Park, IL 60131** | X | H | business account | X | | X | **3,215.55** |
| Account No. <br><br> **CLC Lubricants** <br> **0N902 Old Kirk Rd.** <br> **PO Box 764** <br> **Geneva, IL 60134-0764** | X | H | business account | X | | X | **642.76** |
| Account No. <br><br> **CNA** <br> **Attn: Legal Dept.** <br> **333 S. Wabash Ave.** <br> **Chicago, IL 60604** | X | H | business account | X | | X | **15,816.96** |

Sheet no. __13__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **20,001.75**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lucine H Mastalerz,**                                                    Case No. _____
        **Rudolph Mastalerz, Jr.**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business account | | | | |
| **Commonwealth Edison** **Bill Payment Center** **Chicago, IL 60668-0001** | X | H | | X | | X | 3,126.62 |
| Account No. | | | | | | | |
| **NCO Financial Systems, Inc.** **PO Box 15740** **Wilmington, DE 19850-5740** | | | Representing: **Commonwealth Edison** | | | | Notice Only |
| Account No. | | | business account | | | | |
| **Connor & Gallagher** **4933 Lincoln Ave.** **Lisle, IL 60532-9100** | X | H | | X | | X | 2,148.92 |
| Account No. | | | business debt | | | | |
| **Cook County Dep of** **Environmental Control** **P.O. Box 641547** **Chicago, IL 60664-1547** | X | H | | X | | X | 25.00 |
| Account No. | | | business debt | | | | |
| **Custom Steel Design, Inc.** **9122 W. Medill Ave** **Franklin Park, IL 60131** | X | H | | X | | X | 2,069.00 |

Sheet no. __14__ of __36__ sheets attached to Schedule of          Subtotal          | 7,369.54
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**  Case No. _____
　　　**Rudolph Mastalerz, Jr.**
_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dec Tool Corp**<br>**2651 Dukane Drive**<br>**St. Charles, IL 60174** | X | H | **business account** | X | | X | 4,071.66 |
| Account No. **xxxxxxxxxxxx5510**<br><br>**Discover**<br>**P.O. Box 6103**<br>**Carol Stream, IL 60197-6103** | | H | Date Opened:  Last Used: 09/26/2012<br>Credit Card | | | | 13,418.48 |
| Account No.<br><br>**Dura-Ply Roofing Corporation**<br>**151 S. Rohlwing Road**<br>**Addison, IL 60101** | X | H | **business account** | X | | X | 22,881.40 |
| Account No.<br><br>**Dura-Tech, Inc.**<br>**PO Box 2999**<br>**3216 Commerce St.**<br>**LaCrosse, WI 54602** | X | H | **business account** | X | | X | 8,769.99 |
| Account No.<br><br>**E.R. Wagner**<br>**Stocker Hinge Mfg. Co.**<br>**Bin No 53100**<br>**Milwaukee, WI 53288** | X | H | **business account** | X | | X | 400.00 |

Sheet no. __15__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　　| 49,541.53
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**
       **Rudolph Mastalerz, Jr.**                                    Case No. _____
                                                          ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business account | | | | |
| **Esmark Steel Group** **2500 Euclid** **Chicago Heights, IL 60411** | X | H | | X | | X | 3,958.81 |
| Account No. | | | business account | | | | |
| **Fastenal Company** **P.O. Box 978** **Winona, MN 55987-0978** | X | H | | X | | X | 1,633.60 |
| Account No. | | | business account | | | | |
| **Ferrellgas** **PO Box 173940** **Denver, CO 80217-3940** | X | H | | X | | X | 107.25 |
| Account No. xxxxxxxxxxxx2703 | | | credit account | | | | |
| **FIA Card Services, N.A.** **c/o NES of Ohio** **29215 Solon Road** **Solon, OH 44139** | | W | | | | | 6,242.33 |
| Account No. | | | business account | | | | |
| **FPM Heat Treat** **1501 South Lively Blvd.** **Elk Grove Village, IL 60007** | X | H | | X | | X | 162.47 |

Sheet no. __16__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           12,104.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**
**Rudolph Mastalerz, Jr.**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | business account | | | | |
| **Freedom Fastener** **890 E. Schaumburg Rd.** **Schaumburg, IL 60194** | X | H | | | X | | X | 5,310.54 |
| Account No. | | | | business account | | | | |
| **Gatto Industrial Platers, Inc.** **PO Box 95289** **Palatine, IL 60095-0289** | X | H | | | X | | X | 35.00 |
| Account No. | | | | business account | | | | |
| **Gem Coat, Inc.** **6553 N. Olmstead Ave.** **Chicago, IL 60631** | X | H | | | X | | X | 1,200.06 |
| Account No. | | | | business account | | | | |
| **Grange Mutual** **PO Box 88017** **Chicago, IL 60680-1017** | X | H | | | X | | X | 1,772.00 |
| Account No. | | | | **Representing:** **Grange Mutual** | | | | |
| **Grange Insurance Companies** **c/o PFG of Minnesota** **7825 Washington Ave S, Ste 310** **Minneapolis, MN 55439-2409** | | | | | | | | Notice Only |

Sheet no. __17__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,317.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lucine H Mastalerz,**                      Case No. _____
        **Rudolph Mastalerz, Jr.**

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business account | | | | |
| **Hi Tek Fasteners** **4940 Winchester Blvd.** **Frederick, MD 21703** | X | H | | X | | X | 278.39 |
| Account No. | | | | | | | |
| **RMS** **PO Box 280431** **East Hartford, CT 06128-0431** | | | Representing: Hi Tek Fasteners | | | | Notice Only |
| Account No. xxxxxxxxxxxx9364 | | | credit account | | | | |
| **Home Depot Credit Services** **POBox 182676** **Columbus, OH 43218-2676** | | H | | | | | 2,894.97 |
| Account No. | | | business account | | | | |
| **IA&L Powder Coating** **914 Westwood Ave.** **Addison, IL 60101** | X | H | | X | | X | 2,204.50 |
| Account No. | | | business account750.00 | | | | |
| **Infinita Business Solutions** **535 Holly Lynn Drive** **Cary, IL 60013** | X | H | | X | | X | 650.00 |

Sheet no. __18__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                      (Total of this page)      **6,027.86**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**
       **Rudolph Mastalerz, Jr.**                                         Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business account | | | | |
| **JD Factors** **500 Silver Spur Road, Suite 306** **Rancho Palos Verdes, CA 90275** | X | H | | X | | X | 0.00 |
| Account No. | | | business account | | | | |
| **Jet Finishers, Inc** **79 Bond Street** **Elk Grove Village, IL 60007** | X | H | | X | | X | 13,989.46 |
| Account No. xxxxxxxx7008 | | | business account | | | | |
| **JHP Fasteners, Inc.** **c/o Jeffrey J. Antonelli** **30 N. LaSalle #3400** **Chicago, IL 60602** | X | H | | X | | X | 6,547.12 |
| Account No. | | | Representing: JHP Fasteners, Inc. | | | | |
| **JHP Fasteners, Inc.** **3721 Northridge Drive NW** **Suite 40** **Walker, MI 49544** | | | | | | | Notice Only |
| Account No. | | | business debt | | | | |
| **Jose Granados** **716 Cynthia Lane** **Glendale Heights, IL 60139** | X | H | | X | | X | 1,862.24 |

Sheet no. __19__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           22,398.82

B6F (Official Form 6F) (12/07) - Cont.

In re **Lucine H Mastalerz,**
**Rudolph Mastalerz, Jr.**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business debt | | | | |
| **Juan Chavez** **19 Westward Hbo Drive** **Northlake, IL 60164** | X | H | | X | | X | 480.00 |
| Account No. | | | business account | | | | |
| **Justice Currency Exchange** **c/o Mages & Price LLC** **707 Lake Cook Rd., Suite 314** **Deerfield, IL 60015** | X | H | | X | | X | 250.00 |
| Account No. | | | business account | | | | |
| **Luma Metalcraft** **1920 N.Clark Street** **Apartment  8B** **Chicago, IL 60614** | X | H | | X | | X | 42,000.00 |
| Account No. | | | business account | | | | |
| **Macke Water Systems** **PO Box 545** **Wheeling, IL 60090** | X | H | | X | | X | 79.90 |
| Account No. | | | business account | | | | |
| **Madison 17th C.E., Inc.** **c/o Barr Management** **6408 N. Western Ave.** **Chicago, IL 60645** | X | H | | X | | X | 499.53 |

Sheet no. __20__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,309.43

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**
       **Rudolph Mastalerz, Jr.**                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business debt | | | | |
| **Manuel Brito** **626 Stewart Court** **Whiting, IN 46394** | X | H | | X | | X | 1,258.40 |
| Account No. | | | business account | | | | |
| **Manufacturers' News Inc** **1633 Central St.** **Evanston, IL 60201-1569** | X | H | | X | | X | 199.00 |
| Account No. | | | overdraft account. | | | | |
| **MB Financial** **Attn: Legal Dept.** **6111 N. River Road** **Rosemont, IL 60018** | | | | | | | 997.00 |
| Account No. | | | business account | | | | |
| **Mc Master-Carr** **PO Box 94930** **Cleveland, OH 44101-4930** | X | H | | X | | X | 88.60 |
| Account No. | | | Representing: Mc Master-Carr | | | | |
| **McMaster-Carr Supply Company** **c/o Biehl & Biehl, Inc.** **PO Box 87410** **Carol Stream, IL 60188-7410** | | | | | | | Notice Only |

Sheet no. __21__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,543.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lucine H Mastalerz,**                                          Case No. _____
         **Rudolph Mastalerz, Jr.**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | medical | | | | |
| **Medical Recovery Specialists, Inc. 2250 E. Devon Ave. Suite 352 Des Plaines, IL 60018** | | W | | | | | | 573.77 |
| Account No. | | | | business account | | | | |
| **Mel's Car Care Center 4317 W. Lake St. Melrose Park, IL 60160** | X | H | | | X | | X | 773.00 |
| Account No. xxxxxxxx9839 | | | | 2013-M1-119839 | | | | |
| **Melrose Currency c/o Mages & Price LLC 707 Lake Cook Rd. #314 Deerfield, IL 60015** | | H | | | X | | X | 2,159.47 |
| Account No. | | | | Representing: Melrose Currency | | | | |
| **Melrose Currency Exchange, Inc. Dennis Weiss, registered agent 130 Broadway Melrose Park, IL 60160** | | | | | | | | Notice Only |
| Account No. | | | | business account | | | | |
| **Micron Metal Finishing 8585 S. 77th Avenue Bridgeview, IL 60455** | X | H | | | X | | X | 300.00 |

Sheet no. __22__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,806.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lucine H Mastalerz,**
         **Rudolph Mastalerz, Jr.**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x6260** <br><br> **Midwest Orthopaedics at Rush LLC** <br> **Patient Payments Dept 4553** <br> **Carol Stream, IL 60122-4553** | | H | 05/31/2011 <br> Medical | | | | 167.36 |
| Account No. <br><br> **Merchants' Credit Guide Co** <br> **223 W. Jackson Blvd 700** <br> **Chicago, IL 60606** | | | Representing: <br> Midwest Orthopaedics at Rush LLC | | | | Notice Only |
| Account No. <br><br> **MSC Industrial Supply** <br> **Department CH 0075** <br> **Palatine, IL 60055-0075** | X | H | business account | X | | X | 742.31 |
| Account No. <br><br> **Multi-Temps Services, Inc.** <br> **1821 North Mannheim Rd.** <br> **Stone Park, IL 60165** | X | H | business account | X | | X | 28,409.00 |
| Account No. <br><br> **Network Integrators** <br> **1460 Tudor Drive** <br> **Mundelein, IL 60060** | X | H | business account | X | | X | 260.00 |

Sheet no. __23__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,578.67

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lucine H Mastalerz,**    Case No. _____
  **Rudolph Mastalerz, Jr.**
  _____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business account | | | | |
| **Nicor**<br>**PO Box 416**<br>**Aurora, IL 60568-0001** | X | H | | X | | X | 251.88 |
| Account No. | | | business account | | | | |
| **Office Depot**<br>**PO Box 689020**<br>**Des Moines, IA 50368-9020** | X | H | | X | | X | 755.06 |
| Account No. | | | Representing:<br>Office Depot | | | | |
| **Citibank, N.A.**<br>**c/o Pro Consulting Service**<br>**PO Box 66768**<br>**Houston, TX 77266-6768** | | | | | | | Notice Only |
| Account No. | | | Medical | | | | |
| **Osteorelief Institute**<br>**401 N. York Road**<br>**Elmhurst, IL 60126** | | H | | | | | 2,000.00 |
| Account No. | | | business account | | | | |
| **PARTNERS MANUFACTURING INC**<br>**625 WEST LUNT AVE**<br>**Schaumburg, IL 60193** | X | H | | X | | X | 6,252.50 |

Sheet no. __24__ of __36__ sheets attached to Schedule of   Subtotal   9,259.44
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**
       **Rudolph Mastalerz, Jr.**
                                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business debt | | | | |
| Peter Brja 9227 Jocare Drive Justice, IL 60458 | X | H | | X | | X | 1,100.00 |
| Account No. | | | business debt | | | | |
| Peter Lengsfeld 1845 Springside Dr. Crest Hill, IL 60403 | X | H | | X | | X | 3,934.81 |
| Account No. | | | business debt | | | | |
| Peter Urgero 11226 Bradley Ct. Orland Park, IL 60467 | X | H | | X | | X | 7,380.00 |
| Account No. xxxxxxxxxxxxxx1026 | | | Credit Card | | | | |
| PNC PO BOX 856177 LOUISVILLE, KY 40285-6177 | | J | | | | | 9,110.94 |
| Account No. | | | business account | | | | |
| Precise Finishing 2842 Birch St. Franklin Park, IL 60131-3004 | X | H | | X | | X | 277.00 |

Sheet no. __25__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        | 21,802.75

B6F (Official Form 6F) (12/07) - Cont.

In re **Lucine H Mastalerz,**
       **Rudolph Mastalerz, Jr.**                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business account | | | | |
| **Principal Life** **PO Box 14513** **Des Moines, IA 50306-3513** | X | H | | X | | X | 436.83 |
| Account No. | | | business account | | | | |
| **Progressive Financial Solutions** **408 Clifton Ave** **Clifton, NJ 07011** | X | H | | X | | X | 0.00 |
| Account No. | | | business account | | | | |
| **Quill.com** **PO Box 37600** **Philadelphia, PA 19101-0600** | X | H | | X | | X | 185.67 |
| Account No. | | | Representing: Quill.com | | | | |
| **Quill.com** **c/o Crestwood Group LLC** **PO Box 22928** **Cleveland, OH 44122** | | | | | | | **Notice Only** |
| Account No. | | | business account | | | | |
| **Reliable Plating Corp** **c/o Vericore** **10115 Kicey Ave, Suite 100** **Huntersville, NC 28078** | X | H | | X | | X | 584.76 |

Sheet no. __26__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              1,207.26

B6F (Official Form 6F) (12/07) - Cont.

In re **Lucine H Mastalerz,**
     **Rudolph Mastalerz, Jr.**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | medical | | | | |
| **Resurrection Health Care 62314 Collection Center Drive Chicago, IL 60693** | | W | | | | | 129.00 |
| Account No. | | | business account | | | | |
| **Rev Tech 603 Country Club Dr Bensenville, IL 60106** | X | H | | X | | X | 197.44 |
| Account No. | | | line of credit | | | | |
| **Ridgestone Bank 10 N. Martingale Rd., Suite 100 Schaumburg, IL 60173** | | J | | | | | 227,000.00 |
| Account No. **x5364** | | | business account | | | | |
| **Ridgestone Bank 13925 W. North Ave Brookfield, WI 53005** | X | J | | | | X | 45,550.17 |
| Account No. | | | business debt | | | | |
| **Robert Calvert 10350 Ridgeland Avenue Apt 309 Chicago Ridge, IL 60415** | X | H | | X | | X | 1,271.04 |

Sheet no. __27__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

274,147.65

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lucine H Mastalerz,**
    **Rudolph Mastalerz, Jr.**
                                             ,
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | business debt | | | | |
| **Robert Thomas** **637 S. 13th Street** **Maywood, IL 60153** | X | H | | | X | | X | 2,628.01 |
| Account No. | | | | business account | | | | |
| **Rolewick & Gutzke, P.C.** **1776 S. Naperville Rd.** **Suite 104A** **Wheaton, IL 60189-5833** | X | H | | | X | | X | 37,456.43 |
| Account No. **xx3242** | | | | 07/26/2012 Medical | | | | |
| **Rush University Medical Center** **PO Box 4075** **Carol Stream, IL 60197-4075** | | W | | | | | | 573.77 |
| Account No. 59011282002 | | | | Representing: **Rush University Medical Center** | | | | Notice Only |
| **Computer Credit, Inc.** **Claim Dept 009500** **640 W. Fourth St. PO Box 5238** **Winston Salem, NC 27113-5238** | | | | | | | | |
| Account No. | | | | Representing: **Rush University Medical Center** | | | | Notice Only |
| **Rush University Medical Center** **Patient Financial Services** **PO Box 4075** **Carol Stream, IL 60197** | | | | | | | | |

Sheet no. __28__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**40,658.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**
       **Rudolph Mastalerz, Jr.**                                          Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx xx3242** | | | Medical | | | | |
| **Rush University Medical Group** **75 Remittance DR DEPT 1611** **CHICAGO, IL 60675-1611** | | W | | | | | 118.00 |
| Account No. | | | business account | | | | |
| **Ryerson** **1050 Warrenville Rd** **Lisle, IL 60532** | X | H | | X | | X | 2,931.06 |
| Account No. | | | | | | | |
| **Ryerson** **c/o Allan Charles Associates** **PO Box 260480** **Lakewood, CO 80226** | | | Representing: Ryerson | | | | Notice Only |
| Account No. | | | business account | | | | |
| **S & D PRODUCTS INC** **1390 Schifierl Road** **Bartlett, IL 60175** | X | H | | X | | X | 1,336.20 |
| Account No. | | | business account | | | | |
| **S & P Snowplowing Services** **6 N 735 Colonel Bennett Lane** **St. Charles, IL 60175** | X | H | | X | | X | 450.00 |

Sheet no. __29__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,835.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lucine H Mastalerz,**                                                    Case No. _____
        **Rudolph Mastalerz, Jr.**
                                                            ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | business account | | | | |
| S&B Finishing Company 3005 W. Franklin Blvd. Chicago, IL 60612-1094 | X | H | | | X | | X | |
| | | | | | | | | 400.00 |
| Account No. | | | | business account | | | | |
| S.W. Anderson Company 35756 Eagle Way Chicago, IL 60678-1357 | X | H | | | X | | X | |
| | | | | | | | | 3,323.65 |
| Account No. | | | | business account | | | | |
| Safety-Kleen Corp. PO Box 650509 Dallas, TX 75265-0509 | X | H | | | | | X | |
| | | | | | | | | 25.00 |
| Account No. xxxxx5985 | | | | 09/1/2002 Student Loan College Loan for my son Dave. | | | | |
| Sallie Mae P O Box 9533 Wilkes-Barre, PA 18773-9533 | | H | | | | | | |
| | | | | | | | | 30,847.22 |
| Account No. xxxxxx4446 | | | | Student Loan | | | | |
| Sallie Mae P O Box 9533 Wilkes-Barre, PA 18773-9533 | | H | | | | | | |
| | | | | | | | | 1,099.72 |

Sheet no. __30__ of __36__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)          35,695.59

B6F (Official Form 6F) (12/07) - Cont.

In re **Lucine H Mastalerz,**
       **Rudolph Mastalerz, Jr.**
       _____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | business debt | | | | |
| **Saul Meraz** **306 Mannheim Road** **Bellwood, IL 60104** | X | H | | | X | | X | 366.99 |
| Account No. | | | | business account | | | | |
| **Simplex Grinnell LP** **Dept CH 10320** **Palatine, IL 60055** | X | H | | | X | | X | 229.00 |
| Account No. | | | | business account | | | | |
| **Skid Recycling, Inc.** **800 W.Fifth Ave. Suite 201E** **Naperville, IL 60563-8965** | X | H | | | X | | X | 150.00 |
| Account No. xxxxxxx4621 | | | | Opened 8/29/00 Last Active 8/31/12 Educational | | | | |
| **Slc Stl Trst** **Po Box 22828** **Rochester, NY 14692** | | W | | | | | | 3,552.00 |
| Account No. | | | | business account | | | | |
| **Taunton Metals** | X | H | | | X | | X | 8,944.60 |

Sheet no. __31__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,242.59

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lucine H Mastalerz,**
         **Rudolph Mastalerz, Jr.**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business account | | | | |
| The Hartford<br>PO Box 660916<br>Dallas, TX 75266-0916 | X | H | | X | | X | 11,118.63 |
| Account No. | | | business account | | | | |
| TimeSavers, Inc.<br>11123 89th Ave. North<br>Maple Grove, MN 55369 | X | H | | X | | X | 257.94 |
| Account No. | | | business account | | | | |
| Tooling & Manufacturing Association<br>1177 S. Dee Road<br>Park Ridge, IL 60068-0041 | X | H | | X | | X | 212.00 |
| Account No. | | | business account | | | | |
| Tower Oil & Technology Co<br>c/o Law Ofc of Larry J. Meyer<br>205 W. Randolph Street, Suite 820<br>Chicago, IL 60606 | X | H | | X | | X | 721.41 |
| Account No. | | | business account | | | | |
| ULINE<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085 | X | H | | X | | X | 344.14 |

Sheet no. __32__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    12,654.12

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lucine H Mastalerz,**                                               Case No. _____
       **Rudolph Mastalerz, Jr.**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                     | | | business account | | | | |
| **United Container** **1350 N. Elston Ave** **Chicago, IL 60622-2440** | X | H | | | | X | 165.75 |
| Account No.                                     | | | business account | | | | |
| **United Scrap** **1545 S. Cicero Ave.,** **Cicero, IL 60804** | X | H | | X | | X | 15,000.00 |
| Account No.                                     | | | business account | | | | |
| **UPS** **Lockbox 577** **Carol Stream, IL 60132-0577** | X | H | | X | | X | 354.45 |
| Account No.                                     | | | Representing: UPS | | | | |
| **Baker, Govern & Baker** **7771 W. Oakland Park Blvd, Ste 240** **Fort Lauderdale, FL 33351** | | | | | | | Notice Only |
| Account No. **xxxxxx0018**                      | | J | 05/31/2010 18361 GlenOak Apt 1G, 2D, 2H and 2I Lansing Il 60438 | | | | |
| **US Bank** **PO Box 790401** **Saint Louis, MO 63179-0401** | | | | | | | 161,574.04 |

Sheet no. __33__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 177,094.24 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Lucine H Mastalerz,**
     **Rudolph Mastalerz, Jr.**                                              Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | business account | | | | |
| **Veolia ES Solid Waste Midwest, Inc.** **PO Box 6484** **Carol Stream, IL 60197-6484** | X | H | | | X | | X | 736.83 |
| Account No. **2204** | | | | business account | | | | |
| **Wal-Mart** **c/o Bennett Law** **10542 South Jordan Gateway, Ste 200** **South Jordan, UT 84095** | X | H | | | X | | X | 684.47 |
| Account No. | | | | Representing: Wal-Mart | | | | Notice Only |
| **Wal-Mart** **c/o Complete Payment Recovery** **PO Box 038997** **Tuscaloosa, AL 35403-8997** | | | | | | | | |
| Account No. | | | | business account | | | | |
| **Weber Marking Systems, Inc.** **Dept 208048** **PO Box 5988** **Carol Stream, IL 60197-5988** | X | H | | | X | | X | 334.02 |
| Account No. | | | | Representing: Weber Marking Systems, Inc. | | | | Notice Only |
| **Weber Marketing Systems** **c/o Murphy Lomon & Assoc** **2860 River Rd., Suite 200** **Des Plaines, IL 60018** | | | | | | | | |

Sheet no. **34** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,755.32**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lucine H Mastalerz,**
    **Rudolph Mastalerz, Jr.**
                                                  ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Weber Marking Systems M.L. LeFevour & Assoc 2860 S. River Road, Suite 200 Des Plaines, IL 60018** | | | | Representing: **Weber Marking Systems, Inc.** | | | | **Notice Only** |
| Account No. **West Coast Life Insurance Company 343 Sansome St. San Francisco, CA 94119-3892** | X | H | | business account | X | | X | 1,979.55 |
| Account No. **West Suburban Currency Exchanges 1400 E. Touhy Ave., 108 Des Plaines, IL 60018** | X | H | | business account | X | | X | 402.78 |
| Account No. **WIPECO INC 2701 W. WASHINGTON BLVD Unit B Bellwood, IL 60104** | X | H | | business account | X | | X | 259.12 |
| Account No. **WorldWide Logistics, Inc. 1213 Remington Blvd Romeoville, IL 60446** | X | H | | business account | X | | X | 218.39 |

Sheet no. __35__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,859.84**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Lucine H Mastalerz,**
         **Rudolph Mastalerz, Jr.**                               Case No. _____

                                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | business account | | | | |
| **Zenger's Inc.**<br>**11132 W. Grand Ave.**<br>**Melrose Park, IL 60164** | X | H | | | X | | X | |
| | | | | | | | | **13.52** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __36__ of __36__ sheets attached to Schedule of                 Subtotal            **13.52**
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)

                                                 Total          **1,119,184.73**
                                    (Report on Summary of Schedules)

B6G (Official Form 6G) (12/07)

.

In re    **Lucine H Mastalerz,**                                                    Case No. _____
**Rudolph Mastalerz, Jr.**
_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Anne Liedke** | **$1,000.00 per month** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Lucine H Mastalerz,**                                        Case No. _____
         **Rudolph Mastalerz, Jr.**

_____ ,
                              Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Home & Manor Properties LLC**<br>**36 W. Lake Street**<br>**North Lake, IL 60164** | **Ridgestone Bank**<br>**10 N Martingale Rd #100**<br>**Schaumburg, IL 60173** |
| **Home & Manor Properties LLC**<br>**36 W. Lake Street**<br>**North Lake, IL 60164** | **Ridgestone Bank**<br>**13925 W. North Ave.**<br>**Brookfield, WI 53005** |
| **Home & Manor Properties LLC**<br>**36 W. Lake Street**<br>**North Lake, IL 60164** | **Advanced Property**<br>**PO Box 661371**<br>**Chicago, IL 60666-1371** |
| **The Appian Way, LLC**<br>**36 W. Lake Street**<br>**North Lake, IL 60164** | **Ridgestone Bank**<br>**10 N Martingale Rd #100**<br>**Schaumburg, IL 60173** |
| **The Appian Way, LLC**<br>**36 W. Lake Street**<br>**North Lake, IL 60164** | **Ridgestone Bank**<br>**13925 W. North Ave.**<br>**Brookfield, WI 53005** |
| **The Appian Way, LLC**<br>**36 W. Lake Street**<br>**North Lake, IL 60164** | **Cook County Treasurer**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** |
| **The Appian Way, LLC**<br>**36 W. Lake Street**<br>**North Lake, IL 60164** | **Cook County Treasurer**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** |
| **The Appian Way, LLC**<br>**36 W. Lake Street**<br>**North Lake, IL 60164** | **Cook County Treasurer**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** |
| **The Appian Way, LLC**<br>**36 W. Lake Street**<br>**North Lake, IL 60164** | **Cook County Treasurer**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** |
| **The Appian Way, LLC**<br>**36 W. Lake Street**<br>**North Lake, IL 60164** | **Cook County Treasurer**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Ridgestone Bank**<br>**10 N Martingale Rd #100**<br>**Schaumburg, IL 60173** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Accurate Personnel, LLC**<br>**33 S. Roselle Rd.**<br>**Schaumburg, IL 60193** |

**9**
_____ continuation sheets attached to Schedule of Codebtors

In re   **Lucine H Mastalerz,**                                    Case No. _____
        **Rudolph Mastalerz, Jr.**

_____,
                        Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Ace Anodizing & Impregnating, Inc.**<br>**PO Box 639**<br>**Hillside, IL 60162** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **ADT Security**<br>**PO Box 371956M**<br>**Pittsburgh, PA 15250** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Aerotek**<br>**PO Box 198531**<br>**Atlanta, GA 30384** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Alanod**<br>**36696 Sugar Ridge Road**<br>**North Ridgeville, OH 44039** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **B&L Sales Co.**<br>**PO Box 31503**<br>**Chicago, IL 60631** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Aetna**<br>**PO Box 0824**<br>**Carol Stream, IL 60132** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Airgas North Central**<br>**PO Box 802588**<br>**Chicago, IL 60680** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **All-Brite Anodizing**<br>**100 West Lake St.**<br>**Northlake, IL 60164** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Alloy Welding**<br>**2033 North Janice Ave.**<br>**Melrose Park, IL 60160** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Alro Steel Corporation**<br>**24876 Network Place**<br>**Chicago, IL 60673** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **AT&T**<br>**PO BOX 8100**<br>**Aurora, IL 60507-8100** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **B&T Polishing**<br>**2433 W. Fulton**<br>**Chicago, IL 60612** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Berteau Lowell**<br>**2300 W. Fullerton Ave**<br>**Chicago, IL 60647** |

Sheet __1__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re  **Lucine H Mastalerz,**                                    Case No. _____
       **Rudolph Mastalerz, Jr.**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Betenbender Mfg. Inc.**<br>**5806 Quality Ridge Rd.**<br>**Coggon, IA 52218-0140** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **BlueStar Energy Services**<br>**Dept. CH 19346**<br>**Palatine, IL 60055-9346** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **JHP Fasteners, Inc.**<br>**c/o Jeffrey J. Antonelli**<br>**30 N. LaSalle #3400**<br>**Chicago, IL 60602** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **C.E. Tooling**<br>**2560 W. Brooks Ave.,**<br>**North Las Vegas, NV 89032** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Capital Tape Company**<br>**4920 Commerce Parkway**<br>**Cleveland, OH 44128** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Castle Metal Finishing**<br>**4631 25th Avenue**<br>**Schiller Park, IL 60176** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Central Steel & Wire Co.**<br>**PO Box 5100**<br>**Chicago, IL 60680-5100** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **City Chicago**<br>**c/o Arnold Scott Harris, PC**<br>**111 W. Jackson Blvd, Suite 600**<br>**Chicago, IL 60604** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **CNA**<br>**Attn: Legal Dept.**<br>**333 S. Wabash Ave.**<br>**Chicago, IL 60604** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Connor & Gallagher**<br>**4933 Lincoln Ave.**<br>**Lisle, IL 60532-9100** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Cook County Dep of**<br>**Environmental Control**<br>**P.O. Box 641547**<br>**Chicago, IL 60664-1547** |

Sheet __2__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re    **Lucine H Mastalerz,**                                    Case No. _____
      **Rudolph Mastalerz, Jr.**

_____,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Custom Steel Design, Inc.**<br>**9122 W. Medill Ave**<br>**Franklin Park, IL 60131** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Dec Tool Corp**<br>**2651 Dukane Drive**<br>**St. Charles, IL 60174** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Dura-Ply Roofing Corporation**<br>**151 S. Rohlwing Road**<br>**Addison, IL 60101** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Dura-Tech, Inc.**<br>**PO Box 2999**<br>**3216 Commerce St.**<br>**LaCrosse, WI 54602** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **E.R. Wagner**<br>**Stocker Hinge Mfg. Co.**<br>**Bin No 53100**<br>**Milwaukee, WI 53288** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Esmark Steel Group**<br>**2500 Euclid**<br>**Chicago Heights, IL 60411** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Fastenal Company**<br>**P.O. Box 978**<br>**Winona, MN 55987-0978** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Ferrellgas**<br>**PO Box 173940**<br>**Denver, CO 80217-3940** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **FPM Heat Treat**<br>**1501 South Lively Blvd.**<br>**Elk Grove Village, IL 60007** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Freedom Fastener**<br>**890 E. Schaumburg Rd.**<br>**Schaumburg, IL 60194** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Gatto Industrial Platers, Inc.**<br>**PO Box 95289**<br>**Palatine, IL 60095-0289** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Gem Coat, Inc.**<br>**6553 N. Olmstead Ave.**<br>**Chicago, IL 60631** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Grange Mutual**<br>**PO Box 88017**<br>**Chicago, IL 60680-1017** |

Sheet ___**3**___ of ___**9**___ continuation sheets attached to the Schedule of Codebtors

In re    **Lucine H Mastalerz,**
     **Rudolph Mastalerz, Jr.**

Case No. _____

                                          ,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Hi Tek Fasteners**<br>**4940 Winchester Blvd.**<br>**Frederick, MD 21703** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **IA&L Powder Coating**<br>**914 Westwood Ave.**<br>**Addison, IL 60101** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Infinita Business Solutions**<br>**535 Holly Lynn Drive**<br>**Cary, IL 60013** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Jet Finishers, Inc**<br>**79 Bond Street**<br>**Elk Grove Village, IL 60007** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Luma Metalcraft**<br>**1920 N.Clark Street**<br>**Apartment  8B**<br>**Chicago, IL 60614** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Macke Water Systems**<br>**PO Box 545**<br>**Wheeling, IL 60090** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Manufacturers' News Inc**<br>**1633 Central St.**<br>**Evanston, IL 60201-1569** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Mc Master-Carr**<br>**PO Box 94930**<br>**Cleveland, OH 44101-4930** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Mel's Car Care Center**<br>**4317 W. Lake St.**<br>**Melrose Park, IL 60160** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Micron Metal Finishing**<br>**8585 S. 77th Avenue**<br>**Bridgeview, IL 60455** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **MSC Industrial Supply**<br>**Department CH 0075**<br>**Palatine, IL 60055-0075** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Multi-Temps Services, Inc.**<br>**1821 North Mannheim Rd.**<br>**Stone Park, IL 60165** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Network Integrators**<br>**1460 Tudor Drive**<br>**Mundelein, IL 60060** |

Sheet __**4**__ of __**9**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

In re    **Lucine H Mastalerz,**                    Case No. _____

       **Rudolph Mastalerz, Jr.**

_____,

Debtors

<h1 align="center">SCHEDULE H - CODEBTORS</h1>
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Nicor**<br>**PO Box 416**<br>**Aurora, IL 60568-0001** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Office Depot**<br>**PO Box 689020**<br>**Des Moines, IA 50368-9020** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **PARTNERS MANUFACTURING INC**<br>**625 WEST LUNT AVE**<br>**Schaumburg, IL 60193** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Precise Finishing**<br>**2842 Birch St.**<br>**Franklin Park, IL 60131-3004** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Principal Life**<br>**PO Box 14513**<br>**Des Moines, IA 50306-3513** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Quill.com**<br>**PO Box 37600**<br>**Philadelphia, PA 19101-0600** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Rev Tech**<br>**603 Country Club Dr**<br>**Bensenville, IL 60106** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Rolewick & Gutzke, P.C.**<br>**1776 S. Naperville Rd.**<br>**Suite 104A**<br>**Wheaton, IL 60189-5833** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Ryerson**<br>**1050 Warrenville Rd**<br>**Lisle, IL 60532** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **S & D PRODUCTS INC**<br>**1390 Schifierl Road**<br>**Bartlett, IL 60175** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **S & P Snowplowing Services**<br>**6 N 735 Colonel Bennett Lane**<br>**St. Charles, IL 60175** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **S&B Finishing Company**<br>**3005 W. Franklin Blvd.**<br>**Chicago, IL 60612-1094** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **S.W. Anderson Company**<br>**35756 Eagle Way**<br>**Chicago, IL 60678-1357** |

Sheet __5__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re  **Lucine H Mastalerz,**                                    Case No. _____
       **Rudolph Mastalerz, Jr.**
                                                    ,
                              Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Safety-Kleen Corp.**<br>**PO Box 650509**<br>**Dallas, TX 75265-0509** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Simplex Grinnell LP**<br>**Dept CH 10320**<br>**Palatine, IL 60055** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Skid Recycling, Inc.**<br>**800 W.Fifth Ave. Suite 201E**<br>**Naperville, IL 60563-8965** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Taunton Metals** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **The Hartford**<br>**PO Box 660916**<br>**Dallas, TX 75266-0916** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **TimeSavers, Inc.**<br>**11123 89th Ave. North**<br>**Maple Grove, MN 55369** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Tooling & Manufacturing Association**<br>**1177 S. Dee Road**<br>**Park Ridge, IL 60068-0041** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **ULINE**<br>**2200 S. Lakeside Drive**<br>**Waukegan, IL 60085** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **United Container**<br>**1350 N. Elston Ave**<br>**Chicago, IL 60622-2440** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **United Scrap**<br>**1545 S. Cicero Ave.,**<br>**Cicero, IL 60804** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Veolia ES Solid Waste Midwest, Inc.**<br>**PO Box 6484**<br>**Carol Stream, IL 60197-6484** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Weber Marking Systems, Inc.**<br>**Dept 208048**<br>**PO Box 5988**<br>**Carol Stream, IL 60197-5988** |

Sheet __**6**__ of __**9**__ continuation sheets attached to the Schedule of Codebtors

In re    **Lucine H Mastalerz,**
      **Rudolph Mastalerz, Jr.**                  Case No. _____

                               Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **West Coast Life Insurance Company**<br>**343 Sansome St.**<br>**San Francisco, CA 94119-3892** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **WIPECO INC**<br>**2701 W. WASHINGTON BLVD**<br>**Unit B**<br>**Bellwood, IL 60104** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **WorldWide Logistics, Inc.**<br>**1213 Remington Blvd**<br>**Romeoville, IL 60446** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Zenger's Inc.**<br>**11132 W. Grand Ave.**<br>**Melrose Park, IL 60164** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Ridgestone Bank**<br>**13925 W. North Ave.**<br>**Brookfield, WI 53005** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Ridgestone Bank**<br>**13925 W. North Ave**<br>**Brookfield, WI 53005** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **State of Illinois - Dept of Revenue**<br>**PO Box 19026**<br>**Springfield, IL 62794-9026** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Indiana Department of Revenue**<br>**Premiere Credit of North America, L**<br>**PO Box 19309**<br>**Indianapolis, IN 46219-0309** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Madison 17th C.E., Inc.**<br>**c/o Barr Management**<br>**6408 N. Western Ave.**<br>**Chicago, IL 60645** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Wal-Mart**<br>**c/o Bennett Law**<br>**10542 South Jordan Gateway, Ste 200**<br>**South Jordan, UT 84095** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Airgas Great Lakes**<br>**c/o DCS**<br>**PO Box 21726**<br>**Cleveland, OH 44121** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Tower Oil & Technology Co**<br>**c/o Law Ofc of Larry J. Meyer**<br>**205 W. Randolph Street, Suite 820**<br>**Chicago, IL 60606** |

Sheet __7__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re      **Lucine H Mastalerz,**                                   Case No. _____
           **Rudolph Mastalerz, Jr.**
                                                    ,
                                    Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Justice Currency Exchange**<br>**c/o Mages & Price LLC**<br>**707 Lake Cook Rd., Suite 314**<br>**Deerfield, IL 60015** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Reliable Plating Corp**<br>**c/o Vericore**<br>**10115 Kicey Ave, Suite 100**<br>**Huntersville, NC 28078** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **West Suburban Currency Exchanges**<br>**1400 E. Touhy Ave., 108**<br>**Des Plaines, IL 60018** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Aerospace Southwest**<br>**21450 N. 3rd Ave.,**<br>**Phoenix, AZ 85027** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Progressive Financial Solutions**<br>**408 Clifton Ave**<br>**Clifton, NJ 07011** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **JD Factors**<br>**500 Silver Spur Road, Suite 306**<br>**Rancho Palos Verdes, CA 90275** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Aamaro Corporation**<br>**3110 South 26th Ave.**<br>**Broadview, IL 60155** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Amada America**<br>**3689 Solutions Center**<br>**Chicago, IL 60677-3006** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Chance Abrasives, Inc.**<br>**Diane Kendrick**<br>**PO BOX 09194**<br>**Chicago, IL 60609** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Clad-Rex, Inc.**<br>**11500 King St.**<br>**Franklin Park, IL 60131** |

Sheet __**8**__ of __**9**__ continuation sheets attached to the Schedule of Codebtors

In re    **Lucine H Mastalerz,**                        Case No. _____
        **Rudolph Mastalerz, Jr.**
                                                  ,
                                Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **CLC Lubricants**<br>**0N902 Old Kirk Rd.**<br>**PO Box 764**<br>**Geneva, IL 60134-0764** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Peter Urgero**<br>**11226 Bradley Ct.**<br>**Orland Park, IL 60467** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Peter Lengsfeld**<br>**1845 Springside Dr.**<br>**Crest Hill, IL 60403** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Manuel Brito**<br>**626 Stewart Court**<br>**Whiting, IN 46394** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Peter Brja**<br>**9227 Jocare Drive**<br>**Justice, IL 60458** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Robert Calvert**<br>**10350 Ridgeland Avenue**<br>**Apt 309**<br>**Chicago Ridge, IL 60415** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Juan Chavez**<br>**19 Westward Hbo Drive**<br>**Northlake, IL 60164** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Jose Granados**<br>**716 Cynthia Lane**<br>**Glendale Heights, IL 60139** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Andres Soto**<br>**105 Niemeyer Court**<br>**Northlake, IL 60164** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Robert Thomas**<br>**637 S. 13th Street**<br>**Maywood, IL 60153** |
| **Tru-Way Veritas, Inc**<br>**36 W. Lake Street**<br>**Melrose Park, IL 60164** | **Saul Meraz**<br>**306 Mannheim Road**<br>**Bellwood, IL 60104** |

Sheet  **9**  of  **9**  continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Lucine H Mastalerz**
**Rudolph Mastalerz, Jr.**
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Grandson**<br>**Daughter**<br>**Grandson**<br>**Grandson** | AGE(S):<br>**2**<br>**36**<br>**6**<br>**8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Head of Schools** | **Former President of Tru-Way** |
| Name of Employer | **St Ferdinand School** | **Unemployed** |
| How long employed | **9 years, 4 months** | |
| Address of Employer | **3131 N. Mason Ave.**<br>**Chicago, IL 60634** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **6,509.58** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **6,509.58** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | **1,766.38** | $ | **0.00** |
| b.  Insurance | $ | **770.49** | $ | **0.00** |
| c.  Union dues | $ | **0.00** | $ | **0.00** |
| d.  Other (Specify):    **403(b) contribution** | $ | **260.39** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **2,797.26** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,712.32** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify):    **Illinois Department of Employment Security** | $ | **0.00** | $ | **1,788.29** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify):    **IL rental income** | $ | **1,000.00** | $ | **0.00** |
| **FL rental income** | $ | **1,250.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,250.00** | $ | **1,788.29** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,962.32** | $ | **1,788.29** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **7,750.61** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Debtors' have only offered the FL property for rent 5 months out of the year - but plan to now start renting it out for the full year at $3000 per month which would put the Florida property on an approximately break-even basis and their monthly budget at a break even basis.**

B6J (Official Form 6J) (12/07)

In re **Lucine H Mastalerz**
**Rudolph Mastalerz, Jr.**                                              Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,945.00 |
| a. Are real estate taxes included?    Yes **X**    No ___ | | |
| b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 178.00 |
| b. Water and sewer | $ | 65.00 |
| c. Telephone | $ | 167.50 |
| d. Other  **Lawn Maintenance** | $ | 125.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 80.00 |
| 7. Medical and dental expenses | $ | 325.00 |
| 8. Transportation (not including car payments) | $ | 425.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 120.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 755.00 |
| b. Other  **See Detailed Expense Attachment** | $ | 2,820.89 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Time Share Maintenance Fees** | $ | 36.00 |
| Other  **Internet** | $ | 75.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,817.39 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 7,750.61 |
| b.    Average monthly expenses from Line 18 above | $ | 8,817.39 |
| c.    Monthly net income (a. minus b.) | $ | -1,066.78 |

**B6J (Official Form 6J) (12/07)**

In re    **Lucine H Mastalerz**
     **Rudolph Mastalerz, Jr.**      Case No. _____
                   Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | | |
|---|---|---:|
| **2nd car payment** | $ | **390.00** |
| **FL mortgage** | $ | **2,244.00** |
| **FL utilities** | $ | **180.00** |
| **FL maintenance** | $ | **6.89** |
| **Total Other Installment Payments** | $ | **2,820.89** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Lucine H Mastalerz**
    **Rudolph Mastalerz, Jr.**

Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **66**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 25, 2013** 

Signature   **/s/ Lucine H Mastalerz**
              **Lucine H Mastalerz**
              Debtor

Date  **April 25, 2013** 

Signature   **/s/ Rudolph Mastalerz, Jr.**
              **Rudolph Mastalerz, Jr.**
              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Lucine H Mastalerz**
  **Rudolph Mastalerz, Jr.**            Case No.

                     Debtor(s)          Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐
    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$24,035.36** | **2013 ytd - Wife** |
| **$139,693.00** | **2011 joint** |
| **$133,239.00** | **2012 joint** |

---

**2. Income other than from employment or operation of business**

None
☐
    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$403.00** | **2012 Husband Illinois Department of Employment Security** |

B7 (Official Form 7) (04/13)
2

| AMOUNT | SOURCE |
|---|---|
| **$9,000.00** | **2012 Husband Second home in FL that we rent in Winter** |
| **$13,175.00** | **2011 Husband Second home in FL that we rent in Winter** |
| **$13,564.67** | **2010 Husband Second home in FL that we rent in Winter** |
| **$16,500.00** | **2012 Husband Rental Nora Ave** |
| **$19,800.00** | **2011 Husband Rental Nora Ave** |
| **$19,800.00** | **2010 Husband Rental Nora Ave** |
| **$5,364.87** | **2013 ytd Husband unemployment** |

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

　　a.　*Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

　　b.　*Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **NationStar Mortgage**<br>**P.O. BOX 650783**<br>**Dallas, TX 75265-0783** | **monthly** | **$9,933.00** | **$357,337.25** |
| **Bank of America**<br>**PO Box 45224**<br>**Jacksonville, FL 32232-5224** | **monthly** | **$2,255.76** | **$6,620.91** |
| **Fifth Third Bank**<br>**Chicago**<br>**PO Box 630778**<br>**Cincinnati, OH 45263-0778** | **monthly** | **$1,245.12** | **$12,057.88** |
| **Chase** | **FL mortgage: 4/22/13** | **$2,244.00** | **$342,000.00** |
| **Law Office of William J. Factor**<br>**for non bankruptcy services** | **4/24/2013** | **$6,151.00** | **$0.00** |

None
■

　　c.　*All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| RidgeStone Bank v. The Appian Way, LLC et al. (12Ch28710) | Breach of Contract / Foreclosure | The Circuit Court of Cook County, Illinois | Post-Judgment Proceedings |
| BlueStar Energy Services, Inc. v. Tru-Way Veritas (solely) 12-M1-135877 | Breach of Contract | The Circuit Court of Cook County | Post-Judgment Proceedings |
| Melrose Currency, et. al. v. Rudolph Mastalerz, Jr. 2013 M1 119839 | civil | Circuit Court of Cook County | complaint filed |

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)

4

### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **St. Ferdinand** | | **monthly** | **$100.00 per month** |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **William Factor**<br>**1363 Shermer Road**<br>**Suite 224**<br>**Northbrook, IL 60062** | **4/24/2013** | **$3,306.00 ($3000 attorneys fees and $306 filing fee)** |
| **Progressive Financial** | **$800.00 per week for June, July and August of 2012.** | |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase**<br>**P O Box 659754**<br>**San Antonio, TX 78265-9754** | **Checking**<br>**Final Balance: 0** | **0**<br>**07/27/2012** |
| **Chase**<br>**P O Box 659754**<br>**San Antonio, TX 78265-9754** | **Savings**<br>**Final Balance: 0.00** | **0.00**<br>**07/24/2012** |
| **PNC Bank**<br>**2 Phillip Road**<br>**Vernon Hills, IL 60061** | **Checking Account**<br>**Final Balance: 25.00** | **25.00**<br>**07/1/2012** |
| **PNC**<br>**2 Phillip Road**<br>**Vernon Hills, IL 60061** | **Money Market**<br>**Final Balance: 450** | **450**<br>**07/1/2012** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)
6

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Tru-Way Veritas, Inc. | 20-4359708 | 36 W. Lake Street Melrose Park, IL 60164 | | |
| The Appian Way, LLC | 20-4359731 | 36 W. Lake Street. Melrose Park, IL 60164 | | |
| Home & Manor Properties | 56-2445326 | 36 W. Lake Street Melrose Park, IL 60164 | | |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                            DATES SERVICES RENDERED
**Richard Behan**
**29W350 OAK KNOLL RD**
**West Chicago, IL 60185**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                    DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY               INVENTORY SUPERVISOR               DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

B7 (Official Form 7) (04/13)
8

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April 25, 2013**                    Signature  **/s/ Lucine H Mastalerz**
                                                        **Lucine H Mastalerz**
                                                        Debtor


Date  **April 25, 2013**                    Signature  **/s/ Rudolph Mastalerz, Jr.**
                                                        **Rudolph Mastalerz, Jr.**
                                                        Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Lucine H Mastalerz**
**Rudolph Mastalerz, Jr.**

                                               Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**Auto: 2009 Hyundai Azera, 30,000 miles** |
|---|---|

Property will be (check one):
    ☐ Surrendered                  ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Debtors' Residence: 3733 N. Nora Ave.  Chicago, IL 60634**<br>**- pledged as collateral for SBA loan with Ridgestone approx.**<br>**$1m balance.** |
|---|---|

Property will be (check one):
    ☐ Surrendered                  ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                   Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**5100 N. Ocean Blvd., Unit 1207**<br>**Lauderdale-by-the-sea, FL 32308**<br>**- pledged as collateral for SBA loan with Ridgestone approx.**<br>**$1m balance. May be perfection issues.** |

Property will be (check one):
☐ Surrendered                  ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                            ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>**Auto: 2009 Hyundai Santa Fe, 59,000 miles** |

Property will be (check one):
☐ Surrendered                  ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                            ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                       Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**NationStar Mortgage** | **Describe Property Securing Debt:**<br>**Debtors' Residence: 3733 N. Nora Ave.  Chicago, IL 60634**<br>**- pledged as collateral for SBA loan with Ridgestone approx.**<br>**$1m balance.** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **April 25, 2013**            Signature  **/s/ Lucine H Mastalerz**
                                                **Lucine H Mastalerz**
                                                Debtor

Date  **April 25, 2013**            Signature  **/s/ Rudolph Mastalerz, Jr.**
                                                **Rudolph Mastalerz, Jr.**
                                                Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Lucine H Mastalerz**
**Rudolph Mastalerz, Jr.**

Case No. _____

Debtor(s)

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 3,000.00 |
| Prior to the filing of this statement I have received | $ 3,000.00 |
| Balance Due | $ 0.00 |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any adversary proceedings.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **April 25, 2013**

**/s/ Ariane Holtschlag**
**Ariane Holtschlag**
**The Law Office of William J. Factor, Ltd.**
**1363 Shermer Rd.**
**Suite 224**
**Northbrook, IL 60062**
**847-239-7248  Fax: 847-574-8233**
**wfactor@wfactorlaw.com**

---

**The Law Office of**
**William J. Factor, Ltd.**

| | |
|---|---|
| 1363 Shermer Road, Suite 224 | 105 W. Madison, Suite 1500 |
| Northbrook, Illinois 60062 | Chicago, Illinois 60602 |
| Tel: (847) 239-7248 | Tel: (847) 239-7248 |
| Fax: (847) 574-8233 | Fax: (847) 574-8233 |

Direct Line: (312) 878-4803
Email: aholtschlag@wfactorlaw.com

April 24, 2013

Rudolph and Lucine Mastalerz
3733 N. Nora
Chicago, IL 60634

Re:    Engagement Letter

Dear Mr. and Mrs. Mastalerz:

This letter confirms the terms and conditions pursuant to which The Law Office of William J. Factor, Ltd. (the "Firm") is willing to represent Rudolph and Lucine Mastalerz ("Client") in connection with filing a bankruptcy petition under chapter 7 or chapter 13 of the United States Bankruptcy Code in the Northern District of Illinois. This engagement does not include representation of Client or any other person or entity in connection with any other matters.

First, to commence this engagement, please review the explanatory documents included with this letter. They explain the different bankruptcy options and other pertinent matters related to filing for bankruptcy.

Second, the professional fee for filing your individual chapter 7 case involving "no assets" and solely consumer debt is $3000.00. In addition to the professional fee, you will be responsible for advancing the expenses associated with filing the Case, which relate to the court's filing fee of $306. You will be directly responsible for other out of pocket expenditures including the estimated $100.00 cost of the two mandatory credit counseling courses, and any additional fee for accessing your current credit report, if applicable. These amounts must be paid in advance before the Case is filed.

The professional fee of $3000.00 covers the following primary services (the "Primary Services"): (a) preparing the initial bankruptcy petition and filing it with the bankruptcy court in order to commence the Case, (b) accompanying you to the meeting of creditors, (c) counseling with respect to pre-filing creditor counseling and post-filing educational requirements, (d) counseling with respect to the exemption of particular items or types of property and

reaffirmation agreements and appearing in Court, if needed, with respect to re-affirmation agreements, (e) attending any other hearings which arise in the administration of the Case except as stated below, and (f) undertaking any incidental contacts or communications with the trustee and creditors.

If you decide to hire the Firm, any services rendered in addition to the above-described Primary Services ("Supplemental Services"), will be billed on a regular basis and require a separate advance payment, depending upon the extent of the Supplemental Services. The fees for Supplemental Services are based upon the number of hours expended multiplied by the hourly rate of the attorney working on the matter, which is between $250 and $350, plus any related reimbursable expenses.

Generally, Supplemental Services relate to representation in connection with (a) a separate "Adversary Proceeding" in the bankruptcy court (see below discussion regarding Adversary Proceedings), (b) a separate matter involving the treatment of property, (c) an examination of you pursuant to Bankruptcy Rule 2004, or (d) a challenge to your eligibility to file for chapter 7 or to remain in a chapter 7 proceeding.

By agreeing to retain the Firm, you are hereby agreeing that (a) you will, if asked to do so by the Firm, execute an additional engagement letter after filing for bankruptcy that obligates you to pay any additional fees arising from Supplemental Services and (b) your failure to execute a post-bankruptcy engagement letter of the type referenced herein provides grounds for the Firm to withdraw from representing you in the Case.

Adversary Proceedings are stand-alone suits filed in the bankruptcy court that sometimes include: (a) defending against a complaint filed by the trustee or any other party in interest to deny a bankruptcy discharge, (b) defending against a complaint filed by a creditor to except its debt from discharge, (c) defending against a complaint filed by the trustee to avoid or to recover any transfer of property made before the filing of a chapter 7 petition, (d) defending against any assertion that property listed as exempt is not entitled to that status, (e) prosecuting a complaint for a determination that any indebtedness is dischargeable, and (f) appealing any order or judgment entered in the Case.

By agreeing to retain the Firm, you also will be agreeing to cooperate with the Firm's attorneys and to provide all information relevant to the issues involved in the matter at hand. This includes promptly responding to all letters and phone messages, coming to appointments, the bankruptcy meeting of creditors and any court hearings, and advising us immediately of any change in your address or telephone number. If you do not comply with these requirements, we may ask the bankruptcy court for permission to withdraw from representing you. We may also withdraw at your request if the bankruptcy court approves.

By agreeing to retain the Firm, you also will be acknowledging that the Firm's obligation is to provide you with conscientious, competent and diligent services that seek to achieve solutions which are just and reasonable for you, and that attorneys cannot and do not warrant, predict or guarantee results or the final outcome of any case.

If you do wish to retain the Firm on the terms and conditions set forth above, please sign a duplicate original of this letter and return it to my office. If you have any questions or concerns please feel free to contact me at 312-878-4830 or by email at aholtschlag@wfactorlaw.com.

For the Law Office of William J. Factor, Ltd,

Ariane Holtschlag, associate attorney

CC:    file

Agreed this _24th_ day of _april_____, 201_3_, by:

Sign: _____        Sign: _____

Print: _RUDOLPH S MASTALERZ JR._        Print: _Lucine H. Mastalerz_

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Lucine H Mastalerz**
**Rudolph Mastalerz, Jr.**                            Case No.
                                   Debtor(s)            Chapter     **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Lucine H Mastalerz** **Rudolph Mastalerz, Jr.** | X   **/s/ Lucine H Mastalerz**             **April 25, 2013** |
| Printed Name(s) of Debtor(s) | Signature of Debtor                   Date |
| Case No. (if known)                  | X   **/s/ Rudolph Mastalerz, Jr.**         **April 25, 2013** |
| | Signature of Joint Debtor (if any)        Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Lucine H Mastalerz**
**Rudolph Mastalerz, Jr.**

Case No.

Debtor(s)      Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        **191**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April 25, 2013**        **/s/ Lucine H Mastalerz**
                                     **Lucine H Mastalerz**
                                     Signature of Debtor

Date:  **April 25, 2013**        **/s/ Rudolph Mastalerz, Jr.**
                                       **Rudolph Mastalerz, Jr.**
                                     Signature of Debtor

Aamaro Corporation
3110 South 26th Ave.
Broadview, IL 60155

Accurate Personnel, LLC
33 S. Roselle Rd.
Schaumburg, IL 60193

Ace Anodizing & Impregnating, Inc.
PO Box 639
Hillside, IL 60162

Acurate Personnel
c/o Nickolaou, Michaels & Evans, Lt
7503 W. 56th Street
Summit Argo, IL 60501

ADT Security
PO Box 371956M
Pittsburgh, PA 15250

ADT Security
c/o Richard T. Avis
PO Box 1008
Arlington Heights, IL 60006

Advanced Property
PO Box 661371
Chicago, IL 60666-1371

Advanced Radiology
c/o ICS
PO Box 1010
Tinley Park, IL 60477

Advanced Radiology Consultants
520 E. Lombard St.
Lombard, IL 60148

Advocate Lutheran General Hospital
1775 Dempster St.
Park Ridge, IL 60068

Advocate Lutheran General Hospital
PO Box 73208
Chicago, IL 60673

Advocate Medical Group
PO Box 92523
CHICAGO, IL 60675-2523

AEP Energy
363 West Erie Street, Suite 700
Chicago, IL 60654

Aerospace Southwest
21450 N. 3rd Ave.,
Phoenix, AZ 85027

Aerotek
PO Box 198531
Atlanta, GA 30384

Aetna
PO Box 0824
Carol Stream, IL 60132

Aetna, Inc.
c/o Brennan & Clark, Ltd.
721 E. Madison Suite 200
Villa Park, IL 60181

Airgas Great Lakes
c/o DCS
PO Box 21726
Cleveland, OH 44121

Airgas North Central
PO Box 802588
Chicago, IL 60680

Alanod
36696 Sugar Ridge Road
North Ridgeville, OH 44039

All-Brite Anodizing
100 West Lake St.
Northlake, IL 60164

Alloy Welding
2033 North Janice Ave.
Melrose Park, IL 60160

Alro Steel
c/o Stein & Rotman
105 W. Madison Street
Chicago, IL 60602

Alro Steel
c/o Hutchinson, Warren & Associates
122 South Rawles Street Suite 200
Romeo, MI 48065

Alro Steel Corporation
24876 Network Place
Chicago, IL 60673

Amada America
3689 Solutions Center
Chicago, IL 60677-3006

Andres Soto
105 Niemeyer Court
Northlake, IL 60164

AT&T
PO BOX 8100
Aurora, IL 60507-8100

B&L Sales Co.
PO Box 31503
Chicago, IL 60631

B&T Polishing
2433 W. Fulton
Chicago, IL 60612

Baker, Govern & Baker
7771 W. Oakland Park Blvd, Ste 240
Fort Lauderdale, FL 33351

Bank of America
PO Box 45224
Jacksonville, FL 32232-5224

Bank Of America
PO Box 851001
Dallas, TX 75285-1001

Bank of America
c/o NCB Management Services, Inc.
PO Box 1099
Langhorne, PA 19047

Berteau Lowell
2300 W. Fullerton Ave
Chicago, IL 60647

Betenbender Mfg. Inc.
5806 Quality Ridge Rd.
Coggon, IA 52218-0140

BlueStar Energy Services
Dept. CH 19346
Palatine, IL 60055-9346

BlueStar Energy Services, Inc
363 W Erie St Suite 700
Chicago, IL 60654-6904

C.E. Tooling
2560 W. Brooks Ave.,
North Las Vegas, NV 89032

Cap1/carsn
Po Box 5253
Carol Stream, IL 60197

Capital One Bank (USA), N.A.
PO Box 6492
Carol Stream, IL 60197-6492

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Capital Tape Company
4920 Commerce Parkway
Cleveland, OH 44128

```
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


Cardmember Service
PO Box 15153
Wilmington, DE 19886


Castle Metal
c/o Abrams & Abrams, P.C.
180 W. Washington Street, Ste. 910
Chicago, IL 60602


Castle Metal Finishing
4631 25th Avenue
Schiller Park, IL 60176


Castle Metal Finishing Corp
Michael I. Schiffman, registered ag
2101 Waukegan Rd 210
Bannockburn, IL 60015


Central Steel & Wire Co
c/o Cosmopolitan Service Corp
1606 Colonial Parkway
Inverness, IL 60067


Central Steel & Wire Co
c/o Teller Levit
19 S. LaSalle Suite 701
Chicago, IL 60603


Central Steel & Wire Co.
PO Box 5100
Chicago, IL 60680-5100


Chance Abrasives, Inc.
Diane Kendrick
PO BOX 09194
Chicago, IL 60609


Chase
P.O. BOX 9001020
Louisville, KY 40290-1020
```

Chase
PO BOX 78420
Phoenix, AZ 85062-8420


Chase
PO BOX 15153
Wilmington, DE 19886-5153


Chase
Po Box 15298
Wilmington, DE 19850


Chase


Chase
c/o Finanical Recovery Services, In
PO Box 385908
Minneapolis, MN 55438-5908


Chase Bank
PO Box 659732
San Antonio, TX 78265


CITI Cards
Processing Center
Des Moines, IA 50363-0005


Citibank
PO Box 182564
Columbus, OH 43218-2564


Citibank
PO Box 688913
Des Moines, IA 50368-8913


Citibank - Home Depot
PO Box 790328
St. Louis, MO 63179


Citibank, N.A.
c/o Pro Consulting Service
PO Box 66768
Houston, TX 77266-6768

Citicorp Credit Services, Inc.
Allianceone Receivabls Management
POBox 3107
Southeastern, PA 19398-3107


City Chicago
c/o Arnold Scott Harris, PC
111 W. Jackson Blvd, Suite 600
Chicago, IL 60604


City of Chicago
PO Box 5625
Chicago, IL 60680


City of Northlake
55 East North Ave.
Northlake, IL 60164


Clad-Rex, Inc.
11500 King St.
Franklin Park, IL 60131


CLC Lubricants
0N902 Old Kirk Rd.
PO Box 764
Geneva, IL 60134-0764


CNA
Attn: Legal Dept.
333 S. Wabash Ave.
Chicago, IL 60604


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001


Computer Credit, Inc.
Claim Dept 009500
640 W. Fourth St. PO Box 5238
Winston Salem, NC 27113-5238


Connor & Gallagher
4933 Lincoln Ave.
Lisle, IL 60532-9100

Cook County Dep of
Environmental Control
P.O. Box 641547
Chicago, IL 60664-1547

Cook County Treasurer
118 North Clark Street, Room 112
Chicago, IL 60602

Custom Steel Design, Inc.
9122 W. Medill Ave
Franklin Park, IL 60131

Dec Tool Corp
2651 Dukane Drive
St. Charles, IL 60174

Discover
P.O. Box 6103
Carol Stream, IL 60197-6103

Dura-Ply Roofing Corporation
151 S. Rohlwing Road
Addison, IL 60101

Dura-Tech, Inc.
PO Box 2999
3216 Commerce St.
LaCrosse, WI 54602

E.R. Wagner
Stocker Hinge Mfg. Co.
Bin No 53100
Milwaukee, WI 53288

Esmark Steel Group
2500 Euclid
Chicago Heights, IL 60411

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978

Ferrellgas
PO Box 173940
Denver, CO 80217-3940

FIA Card Services, N.A.
c/o NES of Ohio
29215 Solon Road
Solon, OH 44139

Fifth Third Bank
Chicago
PO Box 630778
Cincinnati, OH 45263-0778

FPM Heat Treat
1501 South Lively Blvd.
Elk Grove Village, IL 60007

Freedom Fastener
890 E. Schaumburg Rd.
Schaumburg, IL 60194

Gatto Industrial Platers, Inc.
PO Box 95289
Palatine, IL 60095-0289

Gem Coat, Inc.
6553 N. Olmstead Ave.
Chicago, IL 60631

Grange Insurance Companies
c/o PFG of Minnesota
7825 Washington Ave S, Ste 310
Minneapolis, MN 55439-2409

Grange Mutual
PO Box 88017
Chicago, IL 60680-1017

Hi Tek Fasteners
4940 Winchester Blvd.
Frederick, MD 21703

Home & Manor Properties LLC
36 W. Lake Street
North Lake, IL 60164


Home Depot Credit Services
POBox 182676
Columbus, OH 43218-2676


IA&L Powder Coating
914 Westwood Ave.
Addison, IL 60101


Illinois Department of Revenue
Attn: Douglas Reeser
100 W. Randolph Street #7
Chicago, IL 60601


Indiana Department of Revenue
Premiere Credit of North America, L
PO Box 19309
Indianapolis, IN 46219-0309


Infinita Business Solutions
535 Holly Lynn Drive
Cary, IL 60013


IRS
Department of the Treasury
Cincinnati, OH 45999-0039


JD Factors
500 Silver Spur Road, Suite 306
Rancho Palos Verdes, CA 90275


Jet Finishers, Inc
79 Bond Street
Elk Grove Village, IL 60007


JHP Fasteners, Inc.
c/o Jeffrey J. Antonelli
30 N. LaSalle #3400
Chicago, IL 60602

JHP Fasteners, Inc.
3721 Northridge Drive NW
Suite 40
Walker, MI 49544


Jose Granados
716 Cynthia Lane
Glendale Heights, IL 60139


Juan Chavez
19 Westward Hbo Drive
Northlake, IL 60164


Justice Currency Exchange
c/o Mages & Price LLC
707 Lake Cook Rd., Suite 314
Deerfield, IL 60015


Luma Metalcraft
1920 N.Clark Street
Apartment  8B
Chicago, IL 60614


Macke Water Systems
PO Box 545
Wheeling, IL 60090


Madison 17th C.E., Inc.
c/o Barr Management
6408 N. Western Ave.
Chicago, IL 60645


Malcolm S. Gerald
332 S. Michigan Ave, Suite 600
Chicago, IL 60604


Manuel Brito
626 Stewart Court
Whiting, IN 46394


Manufacturers' News Inc
1633 Central St.
Evanston, IL 60201-1569

MB Financial
Attn: Legal Dept.
6111 N. River Road
Rosemont, IL 60018


Mc Master-Carr
PO Box 94930
Cleveland, OH 44101-4930


McMaster-Carr Supply Company
c/o Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL 60188-7410


Medical Recovery Specialists, Inc.
2250 E. Devon Ave.
Suite 352
Des Plaines, IL 60018


Mel's Car Care Center
4317 W. Lake St.
Melrose Park, IL 60160


Melrose Currency
c/o Mages & Price LLC
707 Lake Cook Rd. #314
Deerfield, IL 60015


Melrose Currency Exchange, Inc.
Dennis Weiss, registered agent
130 Broadway
Melrose Park, IL 60160


Merchants' Credit Guide Co
223 W. Jackson Blvd 700
Chicago, IL 60606


Micron Metal Finishing
8585 S. 77th Avenue
Bridgeview, IL 60455


Midwest Orthopaedics at Rush LLC
Patient Payments Dept 4553
Carol Stream, IL 60122-4553

MSC Industrial Supply
Department CH 0075
Palatine, IL 60055-0075

Multi-Temps Services, Inc.
1821 North Mannheim Rd.
Stone Park, IL 60165

NationStar Mortgage
P.O. BOX 650783
Dallas, TX 75265-0783

NCO Financial Systems, Inc.
PO Box 15740
Wilmington, DE 19850-5740

Network Integrators
1460 Tudor Drive
Mundelein, IL 60060

Nicor
PO Box 416
Aurora, IL 60568-0001

Office Depot
PO Box 689020
Des Moines, IA 50368-9020

Osteorelief Institute
401 N. York Road
Elmhurst, IL 60126

PARTNERS MANUFACTURING INC
625 WEST LUNT AVE
Schaumburg, IL 60193

Peter Brja
9227 Jocare Drive
Justice, IL 60458

Peter Lengsfeld
1845 Springside Dr.
Crest Hill, IL 60403

Peter Urgero
11226 Bradley Ct.
Orland Park, IL 60467


PNC
PO BOX 856177
LOUISVILLE, KY 40285-6177


Precise Finishing
2842 Birch St.
Franklin Park, IL 60131-3004


Principal Life
PO Box 14513
Des Moines, IA 50306-3513


Progressive Financial Solutions
408 Clifton Ave
Clifton, NJ 07011


Quill.com
PO Box 37600
Philadelphia, PA 19101-0600


Quill.com
c/o Crestwood Group LLC
PO Box 22928
Cleveland, OH 44122


Reliable Plating Corp
c/o Vericore
10115 Kicey Ave, Suite 100
Huntersville, NC 28078


Resurrection Health Care
62314 Collection Center Drive
Chicago, IL 60693


Rev Tech
603 Country Club Dr
Bensenville, IL 60106


Ridgestone Bank
13925 W. North Ave.
Brookfield, WI 53005

Ridgestone Bank
10 N. Martingale Rd., Suite 100
Schaumburg, IL 60173


Ridgestone Bank
13925 W. North Ave
Brookfield, WI 53005


RMS
PO Box 280431
East Hartford, CT 06128-0431


Robert Calvert
10350 Ridgeland Avenue
Apt 309
Chicago Ridge, IL 60415


Robert Thomas
637 S. 13th Street
Maywood, IL 60153


Rolewick & Gutzke, P.C.
1776 S. Naperville Rd.
Suite 104A
Wheaton, IL 60189-5833


Rush University Medical Center
PO Box 4075
Carol Stream, IL 60197-4075


Rush University Medical Center
Patient Financial Services
PO Box 4075
Carol Stream, IL 60197


Rush University Medical Group
75 Remittance DR DEPT 1611
CHICAGO, IL 60675-1611


Ryerson
1050 Warrenville Rd
Lisle, IL 60532

Ryerson
c/o Allan Charles Associates
PO Box 260480
Lakewood, CO 80226


S & D PRODUCTS INC
1390 Schifierl Road
Bartlett, IL 60175


S & P Snowplowing Services
6 N 735 Colonel Bennett Lane
St. Charles, IL 60175


S&B Finishing Company
3005 W. Franklin Blvd.
Chicago, IL 60612-1094


S.W. Anderson Company
35756 Eagle Way
Chicago, IL 60678-1357


Safety-Kleen Corp.
PO Box 650509
Dallas, TX 75265-0509


Sallie Mae
P O Box 9533
Wilkes-Barre, PA 18773-9533


Saul Meraz
306 Mannheim Road
Bellwood, IL 60104


Simplex Grinnell LP
Dept CH 10320
Palatine, IL 60055


Skid Recycling, Inc.
800 W.Fifth Ave. Suite 201E
Naperville, IL 60563-8965


Slc Stl Trst
Po Box 22828
Rochester, NY 14692

State of Illinois - Dept of Revenue
PO Box 19026
Springfield, IL 62794-9026


Taunton Metals


The Appian Way, LLC
36 W. Lake Street
North Lake, IL 60164


The Hartford
PO Box 660916
Dallas, TX 75266-0916


TimeSavers, Inc.
11123 89th Ave. North
Maple Grove, MN 55369


Tooling & Manufacturing Association
1177 S. Dee Road
Park Ridge, IL 60068-0041


Tower Oil & Technology Co
c/o Law Ofc of Larry J. Meyer
205 W. Randolph Street, Suite 820
Chicago, IL 60606


Tru-Way Veritas, Inc
36 W. Lake Street
Melrose Park, IL 60164


ULINE
2200 S. Lakeside Drive
Waukegan, IL 60085


United Container
1350 N. Elston Ave
Chicago, IL 60622-2440


United Scrap
1545 S. Cicero Ave.,
Cicero, IL 60804

UPS
Lockbox 577
Carol Stream, IL 60132-0577


US Bank
PO Box 790401
Saint Louis, MO 63179-0401


Veolia ES Solid Waste Midwest, Inc.
PO Box 6484
Carol Stream, IL 60197-6484


Wal-Mart
c/o Bennett Law
10542 South Jordan Gateway, Ste 200
South Jordan, UT 84095


Wal-Mart
c/o Complete Payment Recovery
PO Box 038997
Tuscaloosa, AL 35403-8997


Weber Marketing Systems
c/o Murphy Lomon & Assoc
2860 River Rd., Suite 200
Des Plaines, IL 60018


Weber Marking Systems
M.L. LeFevour & Assoc
2860 S. River Road, Suite 200
Des Plaines, IL 60018


Weber Marking Systems, Inc.
Dept 208048
PO Box 5988
Carol Stream, IL 60197-5988


West Coast Life Insurance Company
343 Sansome St.
San Francisco, CA 94119-3892


West Suburban Currency Exchanges
1400 E. Touhy Ave., 108
Des Plaines, IL 60018

WIPECO INC
2701 W. WASHINGTON BLVD
Unit B
Bellwood, IL 60104


WorldWide Logistics, Inc.
1213 Remington Blvd
Romeoville, IL 60446


Zenger's Inc.
11132 W. Grand Ave.
Melrose Park, IL 60164